UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON
CIVIL ACTION NO. 05-375-JBC

RICHARD WEYLAND and
JENNIFER WEYLAND,                                                                          PLAINTIFFS


V.      **PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT
         REGARDING TAX LIABILITY**


PETER BIRKHOLZ and
BIRKHOLZ AND COMPANY,                                                                     DEFENDANTS.

\* \* \* \* \* \*

By counsel and pursuant to Fed. R. Civ. P. 56(a), Plaintiffs Richard and Jennifer Weyland respectfully move the Court to enter a partial summary judgment that, for purposes of this action, the Weylands are held not to have been liable to the United States Treasury for FICA taxes on Richard Weyland's earnings from 1986 to 2003. Plaintiffs submit the accompanying memorandum of law in support of this Motion.

> Respectfully submitted,
>
> STOLL KEENON OGDEN PLLC
> 300 West Vine Street, Suite 2100
> Lexington, KY 40507
> Ph. (859)231-3000
> Fax (859)253-1093
> david.royse@skofirm.com
>
> /s/ David T. Royse
> COUNSEL FOR PLAINTIFFS

2

**CERTIFICATE OF SERVICE**

This is to certify that this Motion and the accompanying Memorandum have been electronically filed on this 15th day of January, 2007, with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to Hon. Ronald L. Green, Boehl, Stopher & Graves, 444 West Second Street, Lexington, KY 40507.

/s/ David T. Royse
COUNSEL FOR PLAINTIFFS