Peter A Birkholz

Framingham, MA 01701-4541

"EXHIBIT A"
TO PLAINTIFFS' MEMORANDUM

# EXPERIENCE

**1971-Present**    **Birkholz & Company**    *Framingham, MA*
Partner in the firm of Birkholz & Company. The firm serves individuals, small business, allied professionals and condominium associations by providing tax, financial and business services. Capabilities include tax preparation and planning, divorce consultation, allied professional consultation, business valuations and accounting services. Expert witness in divorce cases before Probate Courts.

**1984-Present**    **Boston Tax Institute**    *Milford, MA*
Adjunct professor providing instruction in taxation to CPA's, Enrolled Agents and Attorneys in the five New England States. Seminars taught are:
     (1) Individual Income Tax Planning and Preparation Workshop
     (2) Autos and Fringe Benefits plus Depreciation
     (3) Computers in the Tax Practice – No Longer Active
     (4) Tax/Financial Aspects of Divorce
     (5) Payroll and Information Reporting
     (6) Year End Tax Planning for Individuals

**1995**    **National Society of Public Accountants**

National Seminar "Employment Issues" designed and taught.

**1983-1994**    **Divorce Center Inc**    *Natick, MA*
Executive Board member since inception holding offices of President, Vice President, Treasurer and Secretary. Committee service on program, professional association, nominating and finance have provided major direction to the Divorce Center. The Divorce Center is a nonprofit organization formed to serve two groups of people dealing with divorce and separation.

     (1) Individuals going through divorce and separation. Weekly meetings are held with varying topics relating to emotional, legal, financial, tax and career issues. A board member attendance at each meeting is required.
     (2) Professionals serving the divorce population. By fostering interaction amongst the varying professionals dealing with the divorcing population, more equitable and informed services will be provided to those that are not prepared to judge competence.

**1970-1983**    **Multi-Tax Corporation**    *Wilmington, MA*
Director of Tax Technical Development. A division of various national companies over time, Multi-Tax provided the first offered online computerized tax planning and preparation software system. Duties included Personnel, review of potential and current law changes, transformation of law change into software language, quality control, preparation and production of customer manual, training of customers (operational and technical) and customer support.

# EDUCATION

1973-1975    Masters in Taxation – Bentley College, Waltham, MA
1966-1970    Bachelor of Science – Marquette University, Milwaukee, WI
                 Major in Accounting

# AFFILIATIONS

1983-1994    Board of Directors – Divorce Center – Former President, Vice President, Treasurer, Executive Committee And Founder
1983-1995    Board of Directors or Trustee MetroWest YMCA – Former Treasurer
1992-1996    Rotary Education Fund – Framingham Rotary – Treasurer
1988-1996    Framingham Rotary Club District 791 – Member
1992-1997    Massachusetts Society of Independent Accountants – Member, Board of Directors, Former Treasurer and Secretary.
1983-Present    National Society of Public Accountants – Member
1984-Present    Boston Tax Institute – Adjunct Professor
1997-Present    Board of Directors – Consumer Assistance Office, MetroWest Inc
1986-Present    Qualified as Expert Witness in Trial Courts of Massachusetts

Exhibit No. 1
Deponent: Birkholz
Date: 6/19/06
Nicole E. Guilbert