*"EXHIBIT B"*
*TO PLAINTIFFS' MEMORANDUM*

```
0/29/97  11:..:29                              ZAPATA GULF
                                           SEA SERVICE TIME
200040   RICHARD J. WEYLAND
S.S. #   [redacted by Counsel]
```

| VESSEL NAME | OFFICIAL NUMBER | TONNAGE | HORSE POWER | PERIOD BEGIN DATE | PERIOD END DATE | PAY CODE | DAYS WORKED | WATERS | OCCUPATION |
|---|---|---|---|---|---|---|---|---|---|
| CAPE SERVICE | 648356 | 493 | 3900 | 1/01/85 | 8/20/86 | | 307.00 | FOREIGN | CAPTAIN |
| GULF FLEET NO. 67 | 665295 | 451 | 4610 | 9/21/86 | 12/20/86 | | 123.00 | FOREIGN | CAPTAIN |
| VIKING SEAHORSE | 653974 | 275 | 5000 | 2/21/87 | 7/20/87 | | 107.00 | FOREIGN | CAPTAIN |
| GRAND SEAHORSE | 562585 | 295 | 7072 | 7/21/87 | 10/20/87 | | 70.00 | FOREIGN | CAPTAIN |
| VIKING SEAHORSE | 653974 | 275 | 5000 | 10/21/87 | 11/20/87 | | 28.00 | FOREIGN | CAPTAIN |
| GRAND SEAHORSE | 562585 | 295 | 7072 | 12/21/87 | 7/20/88 | | 145.00 | FOREIGN | CAPTAIN |
| GULF FLEET NO. 65 | 659218 | 451 | 4610 | 6/21/88 | 7/20/88 | | 16.00 | FOREIGN | CAPTAIN |
| GRAND SEAHORSE | 562585 | 295 | 7072 | 7/21/88 | 8/20/88 | | 21.00 | FOREIGN | CAPTAIN |
| VIKING SEAHORSE | 653974 | 275 | 5000 | 9/21/88 | 10/20/88 | | 25.00 | FOREIGN | CAPTAIN |
| GRAND SEAHORSE | 562585 | 295 | 7072 | 10/21/88 | 10/20/88 | | 3.00 | FOREIGN | CAPTAIN |
| VIKING SEAHORSE | 653974 | 275 | 5000 | 10/21/88 | 11/20/88 | | 28.00 | FOREIGN | CAPTAIN |
| GRAND SEAHORSE | 562585 | 295 | 7072 | 11/21/88 | 1/20/89 | | 53.00 | FOREIGN | CAPTAIN |
| EASTERN SEAHORSE | 606553 | 196 | 4300 | 3/21/89 | 4/20/89 | | 44.00 | FOREIGN | CAPTAIN |
| GRAND SEAHORSE | 562585 | 295 | 7072 | 8/21/89 | 9/20/89 | | 75.00 | FOREIGN | CAPTAIN |
| GULF FLEET NO. 43 | 653 | 289 | 3900 | 8/21/89 | 9/20/89 | | 33.00 | FOREIGN | CAPTAIN |
| GRAND SEAHORSE | 562585 | 295 | 7072 | 9/21/89 | 3/20/90 | | 135.00 | FOREIGN | CAPTAIN |
| PACIFIC MOON | 696 | 422 | 4100 | 4/20/90 | 4/20/90 | | 21.00 | FOREIGN | CAPTAIN |
| GULF FLEET NO. 58 | 649594 | 269 | 3900 | 5/21/90 | 6/20/90 | | 25.00 | FOREIGN | CAPTAIN |
| EXPLORER SEAHORSE | 652970 | 275 | 5000 | 6/21/90 | 7/20/90 | | 27.00 | FOREIGN | CAPTAIN |
| GULF FLEET NO. 58 | 649594 | 269 | 3900 | 7/21/90 | 7/20/90 | | 3.00 | FOREIGN | CAPTAIN |
| EXPLORER SEAHORSE | 652970 | 275 | 5000 | 6/21/90 | 8/20/90 | | 31.00 | FOREIGN | CAPTAIN |
| PACIFIC MOON | 696 | 422 | 4100 | 7/21/90 | 9/20/90 | | 27.00 | FOREIGN | CAPTAIN |
| EXPLORER SEAHORSE | 652970 | 275 | 5000 | 8/21/90 | 9/20/90 | | 4.00 | FOREIGN | CAPTAIN |
| GULF FLEET NO. 43 | 653 | 289 | 3900 | 9/21/90 | 9/20/90 | | 9.00 | FOREIGN | CAPTAIN |
| GULF FLEET NO. 68 | 667084 | 451 | 4610 | 10/21/90 | 11/20/91 | | 69.00 | FOREIGN | CAPTAIN |
| GULF FLEET NO. 57 | 649256 | 269 | 3900 | 1/21/91 | 2/20/91 | | 27.00 | FOREIGN | CAPTAIN |
| GULF FLEET NO. 68 | 667084 | 451 | 4610 | 1/21/91 | 2/20/91 | | 4.00 | FOREIGN | CAPTAIN |
| GULF FLEET NO. 57 | 649256 | 269 | 3900 | 2/21/91 | 3/20/91 | | 27.00 | FOREIGN | CAPTAIN |
| SAN MATEO SEAHORSE | 608038 | 251 | 3900 | 5/21/91 | 9/20/91 | | 102.00 | FOREIGN | CAPTAIN |
| GULF FLEET NO. 58 | 649594 | 269 | 3900 | 9/21/91 | 1/20/92 | | 91.00 | FOREIGN | CAPTAIN |
| GULF FLEET NO. 57 | 649256 | 269 | 3900 | 11/21/91 | 2/20/92 | | 11.00 | FOREIGN | CAPTAIN |
| PACIFIC SEAHORSE | 566234 | 298 | 5750 | 2/21/92 | 3/20/92 | | 23.00 | FOREIGN | CAPTAIN |
| GULF FLEET NO. 57 | 649256 | 269 | 3900 | 2/21/92 | 3/20/92 | | 6.00 | FOREIGN | CAPTAIN |
| PACIFIC SEAHORSE | 566234 | 298 | 5750 | 3/21/92 | 7/31/92 | | 98.00 | FOREIGN | CAPTAIN |

TOTAL TIME  1,818.00