TIDEWATER INC
Form:10-K405 Filing Date:5/2/1995 Jump to: -- Use Sections To Navigate Thr

*"EXHIBIT C"*
*TO PLAINTIFFS' MEMORANDUM*

EXHIBIT 22

LIST OF SUBSIDIARIES

IMMEDIATE SUBSIDIARIES OF THE COMPANY

| NAME | STATE OR JURISDICTION OF INCORPORATION | PERCENTAGE OF VOTING SECURITIES OWNED |
|---|---|---|
| Hilliard Oil & Gas, Inc. | Nevada | 100% |
| International Offshore Services (U.K.) Ltd. | United Kingdom | 100% |
| Java Boat Corporation | Louisiana | 100% |
| Pacific Tidewater Pty. Ltd. | Australia | 100% |
| Pental Insurance Co. Ltd. | Bermuda | 100% |
| Provident Marine Ltd. | Turks & Caicos Is. | 50% |
| Seafarer Boat Corporation | Louisiana | 100% |
| Servicios Maritimos Ves, S.A. de R.L. | Mexico | 49% |
| Sin-Hai Offshore Co. Pte. Ltd. | Singapore | 97.5% |
| S.O.P., Inc. | Louisiana | 100% |
| Tidewater Compression Service, Inc. | Texas | 100% |
| Tidewater Crewing Limited | Cayman Islands | 100% |
| Tidewater (IOM) Limited | Isle of Man | 100% |
| Tidewater Marine, Inc. | Louisiana | 100% |
| Tidewater Marine (Malaysia) Sdn. Bhd. | Malaysia | 100% |
| Tidewater Marine Service, Inc. | Louisiana | 100% |
| Tidewater Marine Service (U.K.) Ltd. | United Kingdom | 100% |
| Tidewater Marine West Indies Limited | Bahama Islands | 100% |
| Tidewater Nautico, Inc. | Panama | 100% |
| Tidewater Services, Inc. | Louisiana | 100% |
| Tidewater Venezuela, C.A. | Venezuela | 100% |
| Twenty Grand Marine Service, Inc. | Louisiana | 100% |
| Twenty Grand Offshore, Inc. | Louisiana | 100% |

```
Zapata Gulf Marine Corporation. . . . . . .        Delaware              100%


                                         SUBSIDIARY OF THE COMPANY THROUGH


                                              EQUIPO ZULIA, C. A.


Remolcadores y Gabarras Remigasa, S.A. . .         Venezuela             19.9%


                                         SUBSIDIARY OF THE COMPANY THROUGH


                                            GULF FLEET MIDDLE EAST, INC.


Gulf Fleet Abu Dhabi. . . . . . . . . . .          United Arab
Emirates                  49%
                                                       -1-


                                        SUBSIDIARIES OF THE COMPANY THROUGH


                                           GULF FLEET SUPPLY VESSELS, INC.



                                                       PERCENTAGE


                                            STATE OR         OF VOTING


                                          JURISDICTION OF    SECURITIES
```

| NAME | INCORPORATION | OWNED |
|---|---|---|
| Gulf Fleet Middle East, Inc.. . . . . . . . . | Panama | 100% |
| Gulf Fleet N.V. . . . . . . . . . . . . . . . Antilles | Netherlands | 100% |
| Servicios Maritimos del Carmen, S.A. de C.V. | Mexico | 100%* |
| Tidewater Marine Alaska, Inc. . . . . . . . | Alaska | 100% |
| Tidewater Marine Atlantic, Inc. . . . . . . | Delaware | 100% |
| Tidewater Marine International Pte. Ltd.. . | Singapore | 100% |
| Zapata Gulf Crews, Inc. . . . . . . . . . . . | Panama | 100% |
| Zapata Gulf Pacific, Inc. . . . . . . . . . | Delaware | 100% |