*"EXHIBIT D"*
*TO PLAINTIFFS' MEMORANDUM*

```
12/29/86  11:06:12                          ZAPATA GULF CRUES, INC.    (638)                                        PAGE: 2
PP0435                                   EMPLOYEE EARNINGS/DEDUCTIONS REGISTER
                                              FROM 01/86 TO 12/86

  S  DOCUMENT #    DIV UNIT OCCP    JOB TITLE     PAYCD      TIME      UN RATE / SRC EARNINGS   S  DOCUMENT #    DEDCD    DESC     TAXCD    DEDUCTIONS   DNT AMOUNT    NET PAY
                                                  STATUS: A
200040  WEYLAND, RICHARD J                        (signature)

1/20/86  CHECK-#  405689     BANK: 22 MANUFACTURER'S HANOVER   PERIOD FROM 12/21/85 TO 1/20/86    MONTHLY
 PAY TO: WEYLAND, RICHARD J.
   P 000405689      500 2103      100 CAPTAIN    01 REG PAY        31.00   D   160.00   I   4,960.00    P 000405689    31  ADVANCES                            71.28        Dec. Jan.   5,052.32  FFB
   P 000405689      500 2103      100 CAPTAIN    26 MERIT BON                                173.60

**  CHECK-#  405689 TOTALS  (DATED 1/20/86)                                               5,133.60                                                          71.28

2/20/86  CHECK-#  406841     BANK: 22 MANUFACTURER'S HANOVER   PERIOD FROM 1/21/86 TO 2/20/86    MONTHLY
 PAY TO: WEYLAND, RICHARD J.
   P 000406841      500 2103      100 CAPTAIN    01 REG PAY        31.00   D   160.00   I   4,960.00    P 000406841    31  ADVANCES                            71.28        One. Feb.   7,912.32  MLB
   P 000406841      500 2103      100 CAPTAIN    04 EOC BONUS                                2,850.00
   P 000406841      500 2103      100 CAPTAIN    26 MERIT BON                                173.60

**  CHECK-#  406841 TOTALS  (DATED 2/20/86)                                               7,983.60                                                          71.28

3/20/86  CHECK-#  407884     BANK: 22 MANUFACTURER'S HANOVER   PERIOD FROM 2/21/86 TO 3/20/86    MONTHLY
 PAY TO: WEYLAND, RICHARD J.
   P 000407884      500 2103      100 CAPTAIN    01 REG PAY         2.00   D   160.00   I     320.00    P 000407884    31  ADVANCES                            71.28        One. March   284.32
   P 000407884      500 2103      100 CAPTAIN    04 EOC BONUS                                30.00
   P 000407884      500 2103      100 CAPTAIN    26 MERIT BON                                5.60

**  CHECK-#  407884 TOTALS  (DATED 3/20/86)                                               355.60                                                            71.28

5/20/86  CHECK-#  4400684    BANK: 22 MANUFACTURER'S HANOVER   PERIOD FROM 4/21/86 TO 5/20/86    MONTHLY
 PAY TO: WEYLAND, RICHARD J.
   P 004400684      500 2103      100 CAPTAIN    01 REG PAY         2.00   D   144.00   I     288.00    P 004400684    31  ADVANCES                            71.28        One. May    222.32  MLB
   P 004400684      500 2103      100 CAPTAIN    26 MERIT BON                                5.60

**  CHECK-#  4400684 TOTALS (DATED 5/20/86)                                               293.60                                                            71.28

6/20/86  CHECK-#  4401507    BANK: 22 MANUFACTURER'S HANOVER   PERIOD FROM 5/21/86 TO 6/20/86    MONTHLY
 PAY TO: WEYLAND, RICHARD J.
   P 004401507      500 2103      100 CAPTAIN    01 REG PAY        31.00   D   144.00   I   4,464.00    P 004401507    31  ADVANCES                            69.75        One. June   4,567.85  MLB
   P 004401507      500 2103      100 CAPTAIN    26 MERIT BON                                173.60

**  CHECK-#  4401507 TOTALS (DATED 6/20/86)                                               4,637.60                                                          69.75

7/20/86  CHECK-#  4402284    BANK: 22 MANUFACTURER'S HANOVER   PERIOD FROM 6/21/86 TO 7/20/86    MONTHLY
 PAY TO: WEYLAND, RICHARD J.
   P 004402284      500 2103      100 CAPTAIN    01 REG PAY        30.00   D   144.00   I   4,320.00    P 004402284    31  ADVANCES                            69.75        One. July
   P 004402284      500 2103      100 CAPTAIN    26 MERIT BON                                168.00

**  CHECK-#  4402284 TOTALS (DATED 7/20/86)                                               4,488.00                                                          69.75

8/20/86  CHECK-#  4402994    BANK: 22 MANUFACTURER'S HANOVER   PERIOD FROM 7/21/86 TO 8/20/86    MONTHLY
 PAY TO: WEYLAND, RICHARD J.                                                                                                                                              4,418.25  MLB
   P 004402994      500 2103      100 CAPTAIN    01 REG PAY        11.00   D   144.00   I   1,584.00    P 004402994    31  ADVANCES                            69.75        One. Aug
   P 004402994      500 2103      100 CAPTAIN    04 EOC BONUS                                1,095.00
   P 004402994      500 2103      100 CAPTAIN    26 MERIT BON                                56.00
```

```
12/29/86  11:06:12                         ZAPATA GULF CREWS, INC.   (638)                              PAGE:  3
PR0435                              EMPLOYEE EARNINGS/DEDUCTIONS REGISTER
                                            FROM 01/86 TO 12/86

S  DOCUMENT #  DIV UNIT OCCUP  JOB TITLE  PAYCD  DESC  TIME  UOM RATE / SRC  EARNINGS  S  DOCUMENT #  DEDCD  DESC  TAXED  DEDUCTIONS  INT AMOUNT  NET PAY

200040  MEYLAND, RICHARD J                         STATUS: A
                                           REDACTED AT COURSE
10/11/86  ** CHECK-#  4402994 TOTALS  (DATED 8/20/86)                                  2,735.00                                                      2,665.25
         ** CHECK-#  409499  RANK: 22 MANUFACTURER'S HANOVER  PERIOD FROM 9/21/86 TO 10/20/86 MONTHLY                                                   69.75  MLB
         PAY TO: MEYLAND, RICHARD J.
         P 000409499       500 2850  100 CAPTAIN    02  PRIOR REG  31.00  D  144.00  I  4,464.00   P 000409499  31  ADVANCES             139.50  Ono. Dept., Act.
         P 000409499       500 2850  100 CAPTAIN    02  PRIOR REG   7.00  D  144.00  I  1,008.00
         P 000409499       500 2850  100 CAPTAIN    26  MERIT BON              X   I    212.80
         ** CHECK-#  409499 TOTALS  (DATED 10/11/86)                                    5,684.80                                       139.50        5,545.30  MLB
10/20/86  ** CHECK-#  4404316  RANK: 22 MANUFACTURER'S HANOVER  PERIOD FROM 9/21/86 TO 10/20/86 MONTHLY
         PAY TO: MEYLAND, RICHARD J.
         P 004404316       500 2850  100 CAPTAIN    01  REG PAY    30.00  D  144.00  I  4,320.00
         P 004404316       500 2850  100 CAPTAIN    26  MERIT BON              X   I     56.00
         ** CHECK-#  4404316 TOTALS  (DATED 10/20/86)                                   4,376.00                                                      4,376.00  MLB
11/20/86  ** CHECK-#  4404771  RANK: 22 MANUFACTURER'S HANOVER  PERIOD FROM 10/21/86 TO 11/20/86 MONTHLY
         PAY TO: MEYLAND, RICHARD J.
         P 004404771       500 2850  100 CAPTAIN    01  REG PAY    31.00  D  144.00  I  4,464.00   P 004404771  31  ADVANCES              69.75  Ono. Thru
                                                                                                  P 004404771  31  ADVANCES             200.00  Advance
         ** CHECK-#  4404771 TOTALS  (DATED 11/20/86)                                   4,464.00                                       269.75        4,194.25
12/08/86  ** CHECK-#  1202642  RANK: 22 MANUFACTURER'S HANOVER  PERIOD FROM 12/05/86 TO 12/05/86 MONTHLY
         PAY TO: RICHARD MEYLAND
         T 000010938       500 3990  100 CAPTAIN    26  MERIT BON              X   I  1,200.00
         ** CHECK-#  1202642 TOTALS  (DATED 12/08/86)                                   1,200.00                                                      1,200.00  87
```

```
12/29/86  11:06:12              ZAPATA GULF CREWS, INC.    (638)            PAGE:  4
PP0436                      EMPLOYEE EARNINGS/DEDUCTIONS REGISTER
                                   FROM 01/86 TO 12/86

         PAY CODE          TIME    EARNINGS AMOUNT    DEDUCTION CODE    EMPLOYEE AMOUNT    WAGES SUBJECT TO

200040  WEYLAND, RICHARD J                              STATUS: A
                                   REDACTED by Counsel
         01 REG PAY       199.00   29,680.00           31 ADVANCES          903.62                    $200.00 Advance
         02 PRIOR REG      38.00    5,472.00                                                          $703.62 Insurance
         04 EOC BONUS               3,975.00
         26 MERIT BON                2,224.80
                          ------   ---------                               -------
**  EMPLOYEE TOTALS (638) 237.00   41,351.80                                903.62
```

| UNIT | COMPANY NO | DIV. NO | BANK | PAY FREQ. | ALLOC. | PERIOD END | BATCH SEQ. NO | TAX CODES | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | R. J. WEYLAND | | | | | FED | STATE | LOCAL | 411801 |
| 20004 ORJW | 6318 015110 313 | | | M | 1 | 07/31/92 | | | | | |

| EARNINGS | | | | | DEDUCTION | | |
|---|---|---|---|---|---|---|---|
| CODE | DESCRIPTION | TIME | RATE | AMOUNT | CODE | AMOUNT | DESCRIPTION |
| 24290000100 01 | Reg Pay | 6 | 168/2 | 1008.00 | 112 | 109.60 | Ins 07/92 |
| 4 | 04 Bonus | | | 55.00 | 515 | 60.48 | R+S 07/92 |

| | | |
|---|---|---|
| TOTALS | 1063.00 | 170.08 |
| NET PAY USD $ | 892.92 | |

PAYROLL SUMMARY    VOID                    PRIOR PERIOD

408416

| COMPANY NO. | DIV. NO. | | BANK | PAY. FREQ. | ALLOC. | PERIOD END | | BATCH/SEQ NO. | TAX CODES | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 0 0 0 | 0 5 1 0 | R J W R.J. WEYLAND | 3 3 | mo | - | 12/20/91 | | | FED | STATE | LOCAL |
| 6 3 8 | | | | | | | | | | | |

UNIT: 4

| OCCUP CODE | EARNINGS CODE | DESCRIPTION | TIME | RATE | AMOUNT | DEDUCTION CODE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 27110 0001100 | 01 | Reg Pay | 30 | 168/= | 5040.00 | 112 | 93.00 | Ins. 12/9 |
| 4 | 04 | Bonus | | | 570.00 | 311 | 50.00 | Adv. |
| | | | | | | 515 | 302.40 | R+S 12/9 |

PRIOR PERIOD /

TOTALS: 5610.00  445.40
NET PAY USD $: 5164.60

PAYROLL SUMMARY    VOID

411895

| COMPANY NO. | DIV. NO. | | BANK | PAY FREQ. | ALLOC. | PERIOD END | | | T CODES | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20004 | 038 0510 | R.J. WEYLAND RJW | 3 3 | mo | - | 12 / 20 / 90 | | | FED | STATE | LOCAL | |

| UNIT | OCCUP CODE | EARNINGS | | | BATCH SEQ. NO. | DEDUCTION | | PRIOR PERIOD |
|---|---|---|---|---|---|---|---|---|
| | | CODE | DESCRIPTION | TIME | RATE | AMOUNT | CODE | AMOUNT | DESCRIPTION | |
| 21610 000010 | 4 | 01 | Reg Pay | 30 | 168/= | 5040.00 | 515 | 302.40 | R+S 12/90 | / |
| | | 014 | Bonus | | | 510.00 | 112 | 85.96 | Ins. 12/90 | |

TOTALS: 5550.00    388.36

NET PAY USD $: 5161.64

PAYROLL SUMMARY    VOID

427490

| COMPANY NO. | DIV. NO. | BANK | PAY FREQ. | ALLOC. | PERIOD END | | TAX CODES | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | FED. | STATE | LOCAL | |
| 61318 | 015110 | 212 | M | — | 11/20/89 | 1 | 1 | 1 | |

Name: R. J. Weyland

| EARNINGS | | | | DEDUCTION | |
|---|---|---|---|---|---|
| CODE | DESCRIPTION | TIME | RATE | AMOUNT | CODE | AMOUNT | DESCRIPTION |
| 001100011 | Reg Pay | 22. | 158.00 | 3476.00 | 515 | 209.00 | R&S |
| 014 | Bonus | | | 315.40 | 112 | 71.94 | INS |

PAYROLL SUMMARY

TOTALS: 3791.00   280.94
NET PAY USD $: 3510.06

VOID

*(Page rotated 90°; payroll check stub for R.J. WEYLAND)*

- COMPANY NO: 6 3 8
- DIV. NO: 0 5 4 0
- RJW
- BANK: 2
- PAY FREQ: 2 M
- ALLOC: —
- PERIOD END: 11/20/88
- 2U/45

| UNIT | OCCUP CODE | EARNINGS CODE | DESCRIPTION | TIME | RATE | AMOUNT | CODE | DEDUCTION AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 21018 | 000100 | 01 | Reg Pay | 3 | 144.00 | 432.00 | 31 | 100.00 | ADV |
| | | 04 | Bonus | | | 39.00 | 112 | 70.75 | Ins 11/88 |
| 24318 | | 01 | Reg Pay | 28 | 144.00 | 4,032.00 | | | |
| | | 04 | Bonus | | | 364.00 | | | |

TOTALS: 4,867.00   170.75
NET PAY USD $: 4,696.25

PAYROLL SUMMARY   VOID

412600

| COMPANY NO. | DIV. NO. | | BANK | PAY FREQ. | ALLOC. | | PERIOD END | | BATCH SEQ. NO. | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20040 | 0510 | RJW | RJ | 2 2 | | = | 11 / 20 / 87 | | | | | |
| 6 3 8 | | | | MO | | | | | | | | |

R.J. WEYLAND

| UNIT | OCCUP CODE | | EARNINGS DESCRIPTION | TIME | RATE | AMOUNT | CODE | | | | | DEDUCTION DESCRIPTION | | | FED | STATE | LOCAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2438 | 0001 00 | 01 | Reg Pay | 28 | 142/> | 3,976.00 | 12 | | | | AMOUNT | | | | | |
| | | | | | | | | | | | 69.58 Ins. Nov. | | | | | |
| 2438 | 0001 00 | 04 | Bonus | | | 270.00 | / | | | | | | | | | |

| | TOTALS | | | 4246.00 | | 69.58 | | PRIOR PERIOD / / |
|---|---|---|---|---|---|---|---|---|
| | NET PAY USD $ | | | 4176.42 | | | | |

PAYROLL SUMMARY     VOID

| EMPLOYEE NO. | INITIALS | EMPLOYEE NAME | | | CHECK NUMBER |
|---|---|---|---|---|---|
| 200040 | RJW | WEYLAND, RICHARD JOSEPH | | | 1987 |

| COMP. NO. | DIV. | BANK CD. | PAY FREQ. | ALLOC. CD. | PERIOD END DATE | CH SEQ. NO. |
|---|---|---|---|---|---|---|
| 638 | 0500 | 22 | MONTHLY | | 12/20/86 | |

### EARNINGS

| UNIT | OCCUP. CODE | CODE | DESCRIPTION | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 2850 | 0100 | 01 | REG PAY | 24.0 | 144.00 | 3456.00 |
| 2850 | 0100 | 04 | EOC BONUS | | | 1830.00 |

### DEDUCTION

| CODE | DESCRIPTION | AMOUNT |
|---|---|---|
| 31 | ADVANCES | 69.75 |

| TOTALS | 5286.00 | 69.75 |
|---|---|---|
| NET PAY U.S. $ | 5216.25 | |

PAYROLL SUMMARY
VOID