*EXHIBIT E*
*TO PLAINTIFFS' MEMORANDUM*

## TIDEWATER INC.

## CORRECTED CERTIFICATE

I, Michael L. Goldblatt, hereby certify that I am the Assistant Secretary of Tidewater Inc., a Delaware corporation, and I further certify that:

1. The Certificate dated 21 June, 2006 concerning Richard J. Weyland executed by the undersigned was incorrect and is hereby revoked;

2. Tidewater Inc. is a publicly held corporation;

3. Tidewater Crewing Limited and Tidewater Marine, L.L.C. are wholly-owned subsidiaries of Tidewater Inc.;

4. Richard J. Weyland is currently an employee of Tidewater Crewing Limited and has been employed by that company since 1992 and he has never been an employee of Tidewater Marine, L.L.C. or Tidewater Inc.; and

5. Tidewater Marine Crewing Limited carries out no business in the U.S.A. and, until January 1, 2005, withheld no U.S.A. federal or state payroll taxes.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the corporate seal of the Corporation on this 5th day of October, 2006.

CORPORATE SEAL

_____
Michael L. Goldblatt

T00228