**"EXHIBIT F"**
**TO PLAINTIFFS' MEMORANDUM**

TIDEWATER CREWING LIMITED

EMPLOYEE STATEMENT OF EARNINGS AND
DEDUCTIONS — DETACH AND RETAIN

EMPLOYEE# [redacted] Robert by Counsel
HRS/DAYS: USFLT  16.00  USBNS  16.00  RATE 168.0000  PAY PERIOD ENDED  8/31/1992  CHECK# 3894

| EARNINGS | RATE | CURRENT | Y-T-D |
|---|---|---|---|
| REGULAR EARNINGS | 174.0000 | 2784.00 | 3,654.00 |
| FLEET BONUS ACC | 5.0000 | 80.00 | 105.00 |
| GROSS PAY | | 2864.00 | 3,759.00 |

| DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|
| MEDICAL/DENTAL | 37.50 | 112.50 |
| LTD INSURANCE | 6.35 | 19.05 |
| OPTIONAL LIFE | 5.29 | 15.87 |
| A & S INSURANCE | 3.06 | 9.18 |
| NET PAY | 2811.80 | 3,602.40 |

TIDEWATER CREWING LIMITED

EMPLOYEE STATEMENT OF EARNINGS AND
DEDUCTIONS — DETACH AND RETAIN

RICHARD J WEYLAND  received by counsel
EMPLOYEE# [redacted]
HRS/DAYS: USFLT  19.00  USBNS  19.00  RATE 175.0000  PAY PERIOD ENDED  12/15/1993  CHECK# 64008

| EARNINGS | RATE | CURRENT | Y-T-D |
|---|---|---|---|
| REG EARNGS | 175.0000 | 3325.00 | 45,020.00 |
| FLEET BONUS | 5.0000 | 95.00 | 1,290.00 |
| TRAVEL PAY | | | 181.00 |
| GROSS PAY | | 3420.00 | 46,491.00 |

| DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|
| MEDCL/DNTL | 37.50 | 975.00 |
| 401K SAVINGS | 205.20 | 2,294.48 |
| ADVANCE1 | | 155.12 |
| LTD INSURANCE | 14.43 | 301.79 |
| OPTIONAL LIFE | 4.32 | 114.90 |
| A & S INSURANCE | 3.48 | 85.86 |
| NET PAY | 3155.07 | 44,563.85 |

## Pay Stub 1

**TIDEWATER CREWING LIMITED**
RICHARD J WEYLAND *(initialed by counsel)*
EMPLOYEE #: ————
HRS/DAYS: USFLT 16.00 USBNS 16.00 RATE 181.0000 PAY PERIOD ENDED 12/31/1994 CHECK# 84461

| EARNINGS | RATE | CURRENT | Y-T-D | DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|---|---|---|---|
| REG EARNGS | 181.0000 | 2896.00 | 2,896.00 | MEDCL/DNTL | 59.50 | 59.50 |
| FLEET BONUS | 5.0000 | 80.00 | 80.00 | 401K SAVINGS | 178.56 | 178.56 |
| GROSS PAY | | 2976.00 | 2,976.00 | ADVANCE 1 | 88.12 | 88.12 |
| | | | | LTD INSURANCE | 14.43 | 14.43 |
| | | | | OPTIONAL LIFE | 4.32 | 4.32 |
| | | | | A & S INSURANCE | 3.48 | 3.48 |
| | | | | NET PAY | 2627.59 | 2,627.59 |

EMPLOYEE STATEMENT OF EARNINGS AND DEDUCTIONS — DETACH AND RETAIN

## Pay Stub 2

**TIDEWATER CREWING LIMITED**
RICHARD J WEYLAND *(initialed by counsel)*
EMPLOYEE #: ————
HRS/DAYS: USFLT 16.00 USBNS 16.00 RATE 180.0000 PAY PERIOD ENDED 12/31/1995 CHECK# 98968
FLCHP 16.00

| EARNINGS | RATE | CURRENT | Y-T-D | DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|---|---|---|---|
| REG EARNGS | 180.0000 | 2880.00 | 2,880.00 | MEDCL/DNTL | 51.00 | 51.00 |
| FLEET BONUS | 5.0000 | 80.00 | 80.00 | 401K SAVINGS | 177.60 | 177.60 |
| FOOD ALLOWANCE | 6.0000 | 96.00 | 96.00 | LTD INSURANCE | 14.40 | 14.40 |
| GROSS PAY | | 3056.00 | 3,056.00 | OPTIONAL LIFE | 8.75 | 8.75 |
| | | | | A & S INSURANCE | 3.48 | 3.48 |
| | | | | NET PAY | 2800.77 | 2,800.77 |

EMPLOYEE STATEMENT OF EARNINGS AND DEDUCTIONS — DETACH AND RETAIN

**TIDEWATER CREWING LIMITED**
RICHARD J WEYLAND
EMPLOYEE# _____  RATE 185.0000  PAY PERIOD ENDED 11/30/1996  CHECK# 13712
HRS/DAYS: USFLT        5.00 USBNS  5.00 USTVL  1.00

EMPLOYEE STATEMENT OF EARNINGS AND
DEDUCTIONS — DETACH AND RETAIN

| EARNINGS | RATE | CURRENT | Y-T-D | DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|---|---|---|---|
| REG EARNGS | 185.0000 | 925.00 | 54,360.00 | MEDCL/DNTL | 57.00 | 1,257.00 |
| AIRFARE |  | 1000.00 | 1,100.00 | 401K SAVINGS | 68.10 | 3,395.49 |
| FLEET BONUS |  | 25.00 | 1,505.00 | ADVANCE 1 |  | 447.05 |
| TRAVEL PAY | 5.0000 | 185.00 | 1,725.00 | ADVANCE 2 |  | 1,331.29 |
| FOOD ALLOWANCE |  |  | 1,338.00 | LTD INSURANCE | 14.40 | 301.74 |
| GROSS PAY |  | 2135.00 | 58,928.00 | OPTIONAL LIFE | 8.93 | 230.57 |
|  |  |  |  | A & S INSURANCE | 3.48 |  |
|  |  |  |  | NET PAY | 1983.09 | 53,070.57 |

---

**TIDEWATER CREWING LIMITED**
RICHARD J WEYLAND
EMPLOYEE# _____  RATE 200.0000  PAY PERIOD ENDED 12/31/1997  CHECK# 29998
HRS/DAYS: USFLT       16.00 USBNS 16.00

EMPLOYEE STATEMENT OF EARNINGS AND
DEDUCTIONS — DETACH AND RETAIN

| EARNINGS | RATE | CURRENT | Y-T-D | DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|---|---|---|---|
| REG EARNGS | 200.0000 | 3200.00 | 3,200.00 | MED/DEN — 2PARTY | 62.00 | 62.00 |
| FLEET BONUS | 5.0000 | 80.00 | 80.00 | 401K SAVINGS | 196.80 | 196.80 |
| GROSS PAY |  | 3280.00 | 3,280.00 | LTD INSURANCE | 14.40 | 14.40 |
|  |  |  |  | OPTIONAL LIFE | 9.63 | 19.63 |
|  |  |  |  | A & S INSURANCE | 2.16 | 2.16 |
|  |  |  |  | NET PAY | 2995.01 | 2,995.01 |

## Pay Stub 1

**TIDEWATER CREWING LIMITED** (Rebates by Level)

EMPLOYEE STATEMENT OF EARNINGS AND DEDUCTIONS — DETACH AND RETAIN

RICHARD J WEYLAND
EMPLOYEE#:
HRS/DAYS: USFLT   17.00 USBNS   RATE 220.0000   PAY PERIOD ENDED 12/31/1998   CHECK# 47321

### EARNINGS

| | RATE | CURRENT | Y-T-D |
|---|---|---|---|
| REG EARNGS | 220.0000 | 3740.00 | 3,740.00 |
| FLEET BONUS | 5.0000 | 85.00 | 85.00 |
| GROSS PAY | | 3825.00 | 3,825.00 |

### DEDUCTIONS

| | CURRENT | Y-T-D |
|---|---|---|
| MED/DEN - 2PARTY | 120.00 | 120.00 |
| 401K SAVINGS | 229.50 | 229.50 |
| LTD INSURANCE | 228.80 | 228.80 |
| OPTIONAL LIFE | 19.64 | 19.64 |
| A & S INSURANCE | 16.30 | 16.30 |
| NET PAY | 3420.76 | 3,420.76 |

## Pay Stub 2

**TIDEWATER CREWING LIMITED** (Rebates by Level)

EMPLOYEE STATEMENT OF EARNINGS AND DEDUCTIONS — DETACH AND RETAIN

RICHARD J WEYLAND
EMPLOYEE#:
HRS/DAYS: USFLT   10.00 USBNS   2.00 USTVL   RATE 220.0000   PAY PERIOD ENDED 12/15/1999   CHECK# 63102

### EARNINGS

| | RATE | CURRENT | Y-T-D |
|---|---|---|---|
| REG EARNGS | 220.0000 | 2200.00 | 59,620.00 |
| FLEET BONUS | | 50.00 | 1,355.00 |
| TRAVEL PAY | 220.0000 | 440.00 | 660.00 |
| ADV REFUND | | | 847.79 |
| GROSS PAY | | 2690.00 | 62,482.79 |

### DEDUCTIONS

| | CURRENT | Y-T-D |
|---|---|---|
| MED/DEN - 2PARTY | 260.00 | 1,615.00 |
| 401K SAVINGS | 161.40 | 3,598.10 |
| ADVANCE 1 | | 360.20 |
| LTD INSURANCE | 57.60 | 360.20 |
| OPTIONAL LIFE | 40.28 | 251.80 |
| A & S INSURANCE | 16.80 | 102.90 |
| NET PAY | 2153.92 | 56,427.34 |

## TIDEWATER CREWING LIMITED

EMPLOYEE STATEMENT OF EARNINGS AND
DEDUCTIONS — DETACH AND RETAIN

RICHARD J WEYLAND
EMPL#
HRS/DAYS: USFLT 3.00 USBNS    RATE 250.0000 PAY PERIOD ENDED 12/31/2000 CHECK# 85168
                                       2.00 USTVL 3.00 USTVL

| EARNINGS | RATE | CURRENT | Y-T-D |
|---|---|---|---|
| REG EARNGS | 250.0000 | 750.00 | 750.00 |
| FLEET BONUS | 5.0000 | 15.00 | 15.00 |
| TRAVEL PAY | 250.0000 | 500.00 | 500.00 |
| GROSS PAY | | 1265.00 | 1,265.00 |

| DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|
| MED/DEN - 2PARTY | 65.00 | 65.00 |
| 401K SAVINGS | 75.90 | 75.90 |
| LTD INSURANCE | 17.51 | 17.51 |
| OPTIONAL LIFE | 15.18 | 15.18 |
| A & S INSURANCE | 4.20 | 4.20 |
| NET PAY | 1087.21 | 1087.21 |

---

## TIDEWATER CREWING LIMITED

EMPLOYEE STATEMENT OF EARNINGS AND
DEDUCTIONS — DETACH AND RETAIN

RICHARD J WEYLAND
EMPL#
HRS/DAYS: USFLT 16.00 USBNS    RATE 270.0000 PAY PERIOD ENDED 12/31/2001 CHECK# 96395
                                       16.00

*********** I N C O M E   D A T A ***********************

| EARNINGS | RATE | CURRENT | Y-T-D |
|---|---|---|---|
| REG EARNGS | 270.0000 | 4320.00 | 4,320.00 |
| FLEET BONUS | 5.0000 | 80.00 | 80.00 |
| GROSS PAY | | 4400.00 | 4,400.00 |

*********** D E D U C T I O N   D A T A ***********************

| DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|
| MED/DEN - 2PARTY | 65.00 | 65.00 |
| 401K SAVINGS | 264.00 | 264.00 |
| LTD INSURANCE | 17.51 | 17.51 |
| OPTIONAL LIFE | 16.28 | 16.28 |
| A & S INSURANCE | 4.20 | 4.20 |
| NET PAY | 4033.01 | 4,033.01 |

## Pay Stub 1

TIDEWATER CREWING LIMITED

DEDUCTIONS — DETACH AND RETAIN

RICHARD J WEYLAND
EMPL# [redacted by counsel]
HRS/DAYS: USFLT 2.00  USBNS 2.00  RATE 280.0000  PAY PERIOD ENDED 12/31/2002  CHECK# 107645
USTVL 1.00

************ I N C O M E   D A T A ************

| EARNINGS | RATE | CURRENT | Y-T-D |
|---|---|---|---|
| REG EARNGS | 280.0000 | 560.00 | 560.00 |
| FLEET BONUS | 5.0000 | 10.00 | 10.00 |
| TRAVEL PAY | 280.0000 | 280.00 | 280.00 |
| V REFUND |  | 272.83 | 272.83 |

GROSS PAY    1122.83    1,122.83

************ D E D U C T I O N   D A T A ************

| DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|
| MED/DEN - 2PARTY | 70.00 | 70.00 |
| 401K SAVINGS | 51.00 | 51.00 |
| LTD INSURANCE | 17.51 | 17.51 |
| OPTIONAL LIFE | 16.94 | 16.94 |
| A & S INSURANCE | 6.00 | 6.00 |

NET PAY    961.38

## Pay Stub 2

TIDEWATER CREWING LIMITED

EMPLOYEE STATEMENT OF EARNINGS AND DEDUCTIONS — DETACH AND RETAIN

RICHARD J WEYLAND
EMPL# [redacted by counsel]
HRS/DAYS: USFLT 16.00  USBNS 16.00  RATE 290.0000  PAY PERIOD ENDED 12/31/2003  CHECK# 117715
USTVL 2.00

************ I N C O M E   D A T A ************

| EARNINGS | RATE | CURRENT | Y-T-D |
|---|---|---|---|
| REG EARNGS | 290.0000 | 4640.00 | 4,640.00 |
| FLEET BONUS |  | 80.00 | 80.00 |
| TRAVEL PAY | 290.0000 | 580.00 | 580.00 |

GROSS PAY    5300.00    5,300.00

************ D E D U C T I O N   D A T A ************

| DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|
| MED/DEN - 2PARTY | 280.00 | 280.00 |
| 401K SAVINGS | 318.00 | 318.00 |
| LTD INSURANCE | 70.04 | 70.04 |
| OPTIONAL LIFE | 62.48 | 62.48 |
| A & S INSURANCE | 24.04 | 24.04 |

NET PAY    4545.44    4,545.44