Internal Revenue Service  
Area Director

Department of the Treasury

"EXHIBIT H"  
TO PLAINTIFFS' MEMORANDUM

Number of this letter: 570

Date: JUN 1 9 2003

Taxpayer Identification Number:

Tax Form:  
1040

Tax Year Ended:  
December 31, 1999

Person to Contact:  
C. Fyffe

Richard & Jennifer Weyland

Cynthiana, KY 41031

Contact Telephone Number:

Employee Identification Number:

Telephone Hours:

Dear Taxpayer:

We're pleased to tell you that we've accepted your claim for the tax year shown above.

We'll change your account to show your claim and send a refund to you if you owe no other amounts the law requires us to collect. We'll include any interest we owe you.

If you have any questions, please call or write to the contact person listed in this letter.

Sincerely yours,

*Charlie Brantley by G.S.*

Charlie Brantley  
Director, Field Compliance Area 6  
Small Business/Self-Employed

sb

201 W. Rivercenter Blvd. Stop 8400G, Covington, Ky. 41011

Letter 570 (Rev. 3-1994)  
Catalog Number 40252O

— REDACTED BY COUNSEL —

Internal Revenue Service    Department of the Treasury
Area Director

Number of this letter: 570

Date:

Taxpayer Identification Number:

Tax Form:
1040

Tax Year Ended:
December 31, 1999

Richard & Jennifer Weyland

Person to Contact:
C. Fyffe

Cynthiana, KY 41031

Contact Telephone Number:

Employee Identification Number:

Telephone Hours:


Dear Taxpayer:

We're pleased to tell you that we've accepted your claim for the tax year shown above.

We'll change your account to show your claim and send a refund to you if you owe no other amounts the law requires us to collect. We'll include any interest we owe you.

If you have any questions, please call or write to the contact person listed in this letter.

Sincerely yours,

*Charlie Brantley by G.S.*

Charlie Brantley
Director, Field Compliance Area 6
Small Business/Self-Employed


sb

201 W. Rivercenter Blvd. Stop 8400G, Covington, Ky. 41011

Letter 570 (Rev. 3-1994)
Catalog Number 40252O

**Internal Revenue Service**
Director, Field Compliance Area 6

**Department of the Treasury**

Date:

**Taxpayer Identification Number:**

**Person to Contact/ID Number:**
C. Fyffe/

**Contact Telephone Number:**
8

Jeffrey A. Smith

Lexington, KY 40513

Dear Representative:

We are sending you the enclosed material under the provisions of your power of attorney or other authorization on file with us. For your convenience, we have listed the name of the taxpayer to whom this material relates.

If you have any questions, please call the contact person at the telephone number shown in the heading of this letter.

Thank you for your cooperation.

Sincerely,

*Charlie Brantley by a.s*

Charlie Brantley
Director, Compliance Area 6
Small Business/Self-Employed

Enclosures:
☒ Letter(s)
☐ Report(s)
☐ Other:

Taxpayer's Name:
    Richard & Jennifer Weyland

sb

201 W Rivercenter Blvd, Stop 8400G, Covington, KY  41011

Letter 937 (Rev. 8-2000)
Cat. No. 30760X

**Internal Revenue Service**          **Department of the Treasury**

Date: 4/4/04

Taxpayer Identification Number:

Person to Contact/ID Number:
C. Fyffe 61-11333

Contact Numbers:
Telephone: ( )      64
Fax:

Jeffrey A. Smith
Lexington, KY  40513

Dear Jeffrey A. Smith:

We are sending the enclosed material under the provisions of your power of attorney or other authorization on file with us. For your convenience, we have listed the name of the taxpayer to whom this material relates.

If you have any questions, please call the contact person at the telephone number shown in the heading of this letter. If you write, please provide a telephone number and the most convenient time to call if we need to contact you.

Thank you for your cooperation.

Sincerely,

Cindy P. Fyffe
Internal Revenue Agent

Enclosures:
☒ Letter(s)
☒ Report(s)
☐ Other

Taxpayer Name: Richard & Jennifer Weyland

Letter 3597 (04-2003)
Catalog Number: 34786R

| Form **4549** | Department of the Treasury - Internal Revenue Service<br>**Income Tax Examination Changes** | Page 1 of 2 |
|---|---|---|

| Name and Address of Taxpayer<br>Richard & Jennifer Weyland | SS or EI Number<br>■■■■■■ | Return Form No:<br>1040 |
|---|---|---|
| | Person with whom examination changes were discussed. | Name and Title:<br>Jeffrey A. Smith |

| 1. Adjustments to Income | Period End 12/31/1999 | Period End | Period End |
|---|---|---|---|
| a. SE AGI Adjustment | 3,835.00 | | |
| b. | | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| o. | | | |
| p. | | | |
| 2. Total Adjustments | 3,835.00 | | |
| 3. Taxable Income Per Return or as Previously Adjusted | (38,083.00) | | |
| 4. Corrected Taxable Income | (34,248.00) | | |
|     Tax Method | TAX TABLE | | |
|     Filing Status | Joint | | |
| 5. Tax | 0.00 | | |
| 6. Additional Taxes / Alternative Minimum Tax | | | |
| 7. Corrected Tax Liability | 0.00 | | |
| 8. Less Credits a. b. c. d. | | | |
| 9. Balance (Line 7 less total of lines 8a through 8d) | 0.00 | | |
| 10. Plus Other Taxes a. Self Employment Tax | 413.00 | | |
|     b. c. d. | | | |
| 11. Total Corrected Tax Liability (line 9 plus line 10a - 10d) | 413.00 | | |
| 12. Total Tax Shown on Return or as Previously Adjusted | 8,082.00 | | |
| 13. Adjustments to: a. Special Fuels Credit b. c. | | | |
| 14. Deficiency-Increase in Tax or (Overassessment Decrease in Tax) (Line 11 less 12 adjusted by 13) | (7,669.00) | | |
| 15. Adjustments to Prepayment Credits | | | |
| 16. Balance Due or (Overpayment) (Line 14 adjusted by Line 15) (Excluding interest and penalties) | (7,669.00) | | |

The Internal Revenue Service has agreements with State tax agencies under which information about Federal tax, including increases or decreases, is exchanged with the States. If this change affects the amount of your State income tax, you should file the State form.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income and do not pay the required tax. The IRS may order backup withholding at 31 percent after four notices have been issued to you over a 120-day period and the tax has been assessed and remains unpaid.

RGS Version 5.20.00

Form CG-4549

| Form **4549** | Department of the Treasury - Internal Revenue Service<br>**Income Tax Examination Changes** | | Page 2 of 2 |
|---|---|---|---|
| Name and Address of Taxpayer<br>Richard & Jennifer Weyland | SS or EI Number<br>▮▮▮▮▮ | | Return Form No:<br>1040 |

| 17. Penalties | Period End 12/31/1999 | Period End | Period End |
|---|---|---|---|
| a. | | | |
| b. | | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| 18. Total Penalties | | | |
| Underpayment attributable to negligence: (1981-1987) A tax addition of 50 percent of the interest due on underpayment will accrue until paid or assessed | | | |
| Underpayment attributable to fraud: (1981-1987) A tax addition of 50 percent of the interest due on underpayment will accrue until paid or assessed | | | |
| Underpayment attributable Tax Motivated Transactions TMT interest will accrue and be assessed at 120% of underpayment rate in accordance with IRC 6621(c) | 0.00 | | |
| 19. Summary of Taxes, Penalties and Interest: | | | |
| a. Balance due or Overpayment Taxes – Line 16, Page 1 | (7,669.00) | | |
| b. Penalties (Line 18, Page 2)-computed to 11/05/2004 | | | |
| c. Interest (IRC§ 6601)-computed to 12/05/2004 | 0.00 | | |
| d. TMT Interest – computed 12/05/2004 on TMT underpayment | 0.00 | | |
| e. Amount due or refund (sum of lines a, b, c and d) | (7,669.00) | | |

Other Information:
On October 11, 2003 you filed claim form 1040 X return for a refund of $ 7669.00 for tax year of 1999. As the result of our examination, we allowed your claim in full as shown in this report.

| Examiner's Signature:<br>C. Fyffe | Employee ID:<br>▮▮▮▮3 | Office:<br>Lexington, KY | Date:<br>11/05/2004 |
|---|---|---|---|

Consent to Assessment and Collection – I do not wish to exercise my appeal rights with the Internal Revenue Service or to contest in the United States Tax Court the findings in this report. Therefore, I give my consent to the immediate assessment and collection of any increase in tax and penalties, and accept any decrease in tax and penalties shown above, plus additional interest as provided by law. It is understood that this report is subject to acceptance by the Area Director, Area Manager or Director of Field Operations

| PLEASE NOTE: If a joint return was filed, BOTH taxpayers must sign | Signature of Taxpayer | Date | Signature of Taxpayer | Date |
|---|---|---|---|---|
| By: | | Title | | Date |

| | | |
|---|---|---|
| Name of Taxpayer: | Richard & Jennifer Weyland | 11/05/2004 |
| Identification Number: | ▇▇▇▇▇▇    Total | 5.20.00 |

## 1999 - SCHEDULE SE - COMPUTATION OF SELF-EMPLOYMENT TAX

Primary
Richard Weyland                            ▇▇▇▇▇▇

| | |
|---|---:|
| 1. Self-employment income | 0.00 |
| 2. Multiply line 1 by 92.35% | 0.00 |
| 3. Farm Optional Method Income | 0.00 |
| 4. Non Farm Optional Method Income | 0.00 |
| 5. Earnings subject to self-employment tax (sum of 2, 3, 4) | 0.00 |
| 6. Maximum earnings subject to social security | 72,600.00 |
| 7. Social Security wages and tips from W-2 | 0.00 |
| 8. Unreported tips from Form 4137 | 0.00 |
| 9. Sum of lines 7 and 8 | 0.00 |
| 10. Line 6 less line 9 | 0.00 |
| 11. Multiply the smaller of line 5 or 10 by 12.40% | 0.00 |
| 12. Multiply line 5 by 2.90% | 0.00 |
| 13. Self-Employment Tax (sum of lines 11 and 12) | 0.00 |

Secondary
Jennifer Weyland                           ▇▇▇▇▇▇

| | |
|---|---:|
| 1. Self-employment income | 2,923.00 |
| 2. Multiply line 1 by 92.35% | 2,699.39 |
| 3. Farm Optional Method Income | 0.00 |
| 4. Non Farm Optional Method Income | 0.00 |
| 5. Earnings subject to self-employment tax (sum of 2, 3, 4) | 2,699.39 |
| 6. Maximum earnings subject to social security | 72,600.00 |
| 7. Social Security wages and tips from W-2 | 0.00 |
| 8. Unreported tips from Form 4137 | 0.00 |
| 9. Sum of lines 7 and 8 | 0.00 |
| 10. Line 6 less line 9 | 72,600.00 |
| 11. Multiply the smaller of line 5 or 10 by 12.40% | 334.72 |
| 12. Multiply line 5 by 2.90% | 78.28 |
| 13. Self-Employment Tax (sum of lines 11 and 12) | 413.00 |