RICHARD & JENNIFER
WEYLAND
RD # 6 BOX 341A
NEWTON, N.J.
07860

*"EXHIBIT I"*
*TO PLAINTIFFS' MEMORANDUM*

PETER BIRKHOLZ
14 VERNON STREET
SUIT # 206
FRAMINGHAM, MA.   01701

DEAR PETER,

In compliance with your instructions please find below the information for IRS form # 2555.

    Home on vacation;
        1 January - 7 January 1988  (7 days)

Departed for Nigeria on 7 January 1988 to work;

        7 January - 9 April 1988  (92 days)

Arrived home for vacation;

        10 April - 10 May 1988  (30 days)

Departed for Nigeria on 10 May 1988 to work;

        11 May - 11 August 1988 (92 days)

Arrived home for vacation;

        12 August - 26 September 1988 (46 days)

Departed for Nigeria on 26  September 1988 to work;

        27 September throu  31 Dec. 88 (96 days)

    Total days working in Nigeria 280 days.

    Total days on vacation in the U.S. 85 days.

The number of days in the U.S. on business is NIL.  The income earned in the U.S. is none.

For line 6A, we can provide photocopies of my passport on request.

For line 6B, a Residents Visa and STR Work Permit from the Nigerian Government was used.

For line 6C, the Residents Visa has no restrictions, but the STR Work Permit has a 90 day limit with extentions as required on request.

Best regards,

*[signature]*

Exhibit No. 3
Deponent: Birkholz
Date: 6/19/06
Nicole E. Guilbert

PB00950