# SCHEDULE C (Form 1040)
Dept. of the Treasury
Internal Revenue Service

## Profit or Loss From Business
(Sole Proprietorship)
Partnerships, Joint Ventures, Etc., Must File Form 1065.
▶ Attach to Form 1040, 1041, or 1041S.   ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074
**1988**
Sequence No. 09

Name of proprietor:
**RICHARD J. WEYLAND**

Social security number (SSN): [redacted]

A  Principal business or profession, including product or service (see Instructions)
**MARINER**

B  Principal busn. code ▶ **6551**

C  Business name & address ▶  **RICHARD J. WEYLAND
1 SWAMP ROAD, NIGERIA**

D  Employer ID number (Not SSN)

E  Method(s) used to value closing inventory:
  (1) ☐ Cost   (2) ☐ Lower of cost or market   (3) ☐ Other (attach explanation)

F  Accounting method:  (1) ☒ Cash   (2) ☐ Accrual   (3) ☐ Other (specify) ▶ _____

|  | Yes | No |
|---|---|---|
| G  Was there any change in determining quantities, costs, or valuations between opening & closing inventory? (If "Yes," attach explanation.) |  | X |
| H  Are you deducting expenses for business use of your home? (If "Yes," see Instructions for limitations.) |  | X |
| I  Did you "materially participate" in the operation of this business during 1988? (If "No," see Instructions for limitations on losses.) | X |  |

J  If this schedule includes a loss, credit, deduction, income, or other tax benefit relating to a tax shelter required to be registered, check ▶ ☐
If you check this box, you MUST attach Form 8271.

## Part I  Income

| | | |
|---|---|---|
| 1a  Gross receipts or sales | 1a | 42,095. |
| b  Less: Returns and allowances | 1b | |
| c  Subtract line 1b from line 1a. Enter the result here | 1c | 42,095. |
| 2  Cost of goods sold and/or operations (from Part III, line 8) | 2 | |
| 3  Subtract line 2 from line 1c and enter the gross profit here | 3 | 42,095. |
| 4  Other income (including windfall profit tax credit or refund received in 1988) | 4 | |
| 5  Add lines 3 and 4. This is the gross income ▶ | 5 | 42,095. |

## Part II  Deductions

| | | | | | |
|---|---|---|---|---|---|
| 6  Advertising | 6 | | 23  Repairs | 23 | |
| 7  Bad debts from sales or services (see Instructions) | 7 | | 24  Supplies (not included in Part III) | 24 | 124. |
| 8  Bank service charges | 8 | | 25  Taxes | 25 | |
| 9  Car and truck expenses | 9 | | 26  Travel, meals, and entertainment: | | |
| 10  Commissions | 10 | | a  Travel | 26a | 60. |
| 11  Depletion | 11 | | b  Meals and entertainment | | 48. |
| 12  Depreciation and section 179 deduction from Form 4562 (not included in Part III) | 12 | | c  Enter 20% of line 26b subject to limitations (see Inst.) | | 10. |
| 13  Dues and publications | 13 | 27. | d  Subtract line 26c from 26b | 26d | 38. |
| 14  Employee benefit programs | 14 | | 27  Utilities and telephone | 27 | |
| 15  Freight (not included in Part III) | 15 | | 28a  Wages | | |
| 16  Insurance | 16 | 61. | b  Jobs credit | | |
| 17  Interest: | | | c  Subtract line 28b from 28a | 28c | |
| a  Mortgage (paid to banks, etc.) | 17a | | 29  Other: | | |
| b  Other | 17b | | | | |
| 18  Laundry and cleaning | 18 | | | | |
| 19  Legal and professional services | 19 | | | | |
| 20  Office expense | 20 | 49. | | | |
| 21  Pension and profit-sharing plans | 21 | | | | |
| 22  Rent on business property | 22 | | Total | 29 | |

| | | |
|---|---|---|
| 30  Add amounts in columns for lines 6 through 29. These are the total deductions ▶ | 30 | 359. |
| 31  Net profit or (loss). Subtract line 30 from line 5. If a profit, enter here and on Form 1040, line 12, and on Schedule SE, line 2. If a loss, you MUST go on to line 32. (Fiduciaries, see instructions.) | 31 | 41,736. |

32  If you have a loss, you MUST check the box that describes your investment in this activity (see Instructions).
  32a ☐ All investment is at risk.
  32b ☐ Some investment is not at risk.

If you checked 32a, enter the loss on Form 1040, line 12, and Schedule SE, line 2. If you checked 32b, you MUST attach Form 6198.

For Paperwork Reduction Act Notice, see Form 1040 Instruct'

Schedule C (Form 1040) 1988

Exhibit No. 7
Deponent: Birkholz
Date: 6/19/06
Nicole E. Guilbert

**"EXHIBIT J"
TO PLAINTIFFS' MEMORANDUM**

PB00915

REDACTED BY COUNSEL

| SCHEDULE SE<br>(Form 1040)<br>Department of the Treasury<br>Internal Revenue Service | Social Security Self-Employment Tax<br>► See Instructions for Schedule SE (Form 1040).<br>► Attach to Form 1040. | OMB No. 1545-0074<br>**1988**<br>Sequence No. 18 |
|---|---|---|

| Name of person with self-employment income (as shown on social security card) | Social security number of person with self-employment income ► |
|---|---|
| RICHARD J. WEYLAND |  |

### Who Must File Schedule SE

You must file Schedule SE if:
- Your net earnings from self-employment were $400 or more (or you had wages of $100 or more from an electing church or church organization); AND
- You did not have wages (subject to social security or railroad retirement tax) of $45,000 or more.

For more information about Schedule SE, see the Instructions.

Note: Most taxpayers can now use the new short Schedule SE on this page. But, you may have to use the longer Schedule SE that is on the back.

### Who MUST Use the Long Schedule SE (Section B)

You must use Section B in ANY of the following applies:
- You choose the "optional method" to figure your self-employment tax. See Section B, Part II;
- You are a minister, member of a religious order, or Christian Science practitioner and received IRS approval (from Form 4361) not to be taxed on your earnings from these sources, but you owe self-employment tax on other earnings;
- You are an employee of a church or church organization that chose by law not to pay employer social security taxes;
- You have tip income that is subject to social security tax, but you did not report those tips to your employer; OR
- You are a government employee with wages subject ONLY to the 1.45% medicare part of the social security tax.

### Section A — Short Schedule SE
(Read above to see if you must use the long Schedule SE on the back (Section B).)

| | | | |
|---|---|---|---:|
| 1 | Net farm profit or (loss) from Schedule F (Form 1040), line 39, and farm partnerships, Schedule K-1 (Form 1065), line 14a | 1 | |
| 2 | Net profit or (loss) from Schedule C (Form 1040), line 31, and Schedule K-1 (Form 1065), line 14a (other than farming). See the Instructions for other income to report | 2 | 41,736. |
| 3 | Add lines 1 and 2. If the total is less than $400, do not file this schedule | 3 | 41,736. |
| 4 | The largest amount of combined wages and self-employment earnings subject to social security or railroad retirement tax (tier 1) for 1988 is | 4 | $45,000.00 |
| 5 | Total social security wages and tips from Forms W-2 and railroad retirement compensation (tier 1) | 5 | |
| 6 | Subtract line 5 from line 4. Enter the result. (If the result is zero or less, do not file this schedule.) | 6 | 45,000. |
| 7 | Enter the smaller of line 3 or line 6 | 7 | 41,736. |
| | If line 7 is $45,000, enter $5,859 on line 8. Otherwise, multiply line 7 by .1302 and enter the result on line 8 | | x .1302 |
| 8 | Self-employment tax. Enter this amount on Form 1040, line 48 | 8 | 5,434. |

For Paperwork Reduction Act Notice, see Form 1040 Instructions.                                   Schedule SE (Form 1040) 1988

2555

| 12-27-88 | | 2555 | | | |
|---|---|---|---|---|---|
| Form **2555** | | **Foreign Earned Income** | | OMB No. 1545-0067 | **1988** |
| Department of the Treasury Internal Revenue Service | | ► See separate Instructions.   ► Attach to front of Form 1040. | | | Attachment Sequence No. 34 |

**For Use by United States Citizens and Resident Aliens Only**

| Name of taxpayer | Your social security number |
|---|---|
| Richard J. Weyland | ████████ |
| Foreign address (including country) | Your occupation |
| 1 Swamp Road, Nigeria | Mariner |

Name of employer ►

Employer's address: U.S. ►
Foreign ►

Employer is (check any that apply): ☐ A foreign entity   ☐ A foreign affiliate of a U.S. company   ☒ A U.S. company   ☐ Self   ☐ Other (specify) ►

Enter earlier years (after 1981) that you filed Form 2555 to claim either of the exclusions ►  N/A

If you chose to claim an exclusion in an earlier year (after 1981), have you revoked your choice?   ☐ Yes  ☐ No
If "Yes," give the type of exclusion and the tax year for which the revocation was effective ►

Test under which you qualify to claim the exclusion(s) and/or deduction ►
☒ Bona fide residence test (Part I)
☐ Physical presence test (Part II)

Are you a U.S. citizen?   ☒ Yes  ☐ No

Did you maintain a separate foreign residence for your family because of adverse living conditions at your tax home?   ☐ Yes  ☒ No

If "Yes," give city and country of the separate foreign residence. Also show the number of days during your tax year that you maintained a second household at that address ...........................

List your tax home(s) during your tax year and date(s) established  1 Swamp Road, Nigeria

**Complete either Part I or Part II. If an item does not apply, write "NA." If you do not provide the information asked for, any exclusion or deduction you claim may be disallowed.**

### Part I  Taxpayers Qualifying Under Bona Fide Residence Test. (See Instructions.)

1  Date bona fide residence began  10/87  , ended  Still resident
2  Kind of living quarters in foreign country ► ☐ Purchased house   ☒ Rented house or apartment   ☐ Rented room   ☐ Quarters furnished by employer
3  Did any of your family live with you abroad during any part of the tax year?   ☐ Yes  ☒ No
   If "Yes," who and for what period? ►
4a  Have you submitted a statement to the authorities of the foreign country where you claim bona fide residence that you are not a resident of that country? (See Instructions.)   ☐ Yes  ☒ No
 b  Are you required to pay income tax to the country where you claim bona fide residence? (See Instructions.)   ☒ Yes  ☐ No
    If "Yes" to 4a and "No" to 4b, you do not qualify as a bona fide resident. Do not complete the rest of Part I.
5  Complete the following for days present in the United States or its possessions during the tax year. (Do not include this income in Part III, but report it on Form 1040.)

| Date arrived in U.S. | Date left U.S. | Number of days in U.S. on business | Income earned in U.S. on business (attach computation) | Date arrived in U.S. | Date left U.S. | Number of days in U.S. on business | Income earned in U.S. on business (attach computation) |
|---|---|---|---|---|---|---|---|
| 1/1/88 | 1/7/88 | 0 | 0 | | | | |
| 4/10/88 | 5/10/88 | 0 | 0 | | | | |
| 8/12/88 | 9/26/88 | 0 | 0 | | | | |

6a  State any contractual terms or other conditions relating to the length of your employment abroad  Residents Visa and Str work permit
 b  State the type of visa under which you entered the foreign country
 c  Did your visa limit the length of your stay or employment in a foreign country?   ☐ Yes  ☒ No
    If "Yes," attach explanation.   ☒ Yes  ☐ No
 d  Did you maintain a home in the United States while living abroad?
    If "Yes," show address of your home, whether it was rented, and the names and relationships of the occupants  RD#6, Box 341A, Newton, N.J.
    Spouse lives in U.S. taxpayer lives in Nigeria

For Paperwork Reduction Act Notice, see page 1 of separate Instructions.

PB00917