

Received by counsel

### Richard J. Weyland
### Time Table for '93

| From | To | Location | Days |
|---|---|---|---|
| 1-Jan-93 | 10-May-93 | Over Seas | 129 |
| 11-May-93 | 5-Jun-93 | In USA | 25 |
| 5-Jun-93 | 4-Oct-93 | Over Seas | 121 |
| 4-Oct-93 | 19-Nov-93 | In USA | 46 |
| 19-Nov-93 | 31-Dec-93 | Over Seas | 42 |

|  |  | Over Seas Time | 292 |
|---|---|---|---|
|  |  | USA Time | 71 |

### Richard J. Weyland
### Time Table for '94

| From | To | Location | Days |
|---|---|---|---|
| 1-Jan-94 | 30-Apr-94 | Over Seas | 119 |
| 1-May-94 | 6-Jun-94 | In USA | 36 |
| 7-Jun-94 | 30-Dec-94 | Over Seas | 206 |
| 31-Dec-94 | 31-Dec-94 | In USA | 0 |

|  |  | Over Seas Time | 325 |
|---|---|---|---|
|  |  | USA Time | 36 |

Exhibit No. 18
Deponent: Birkholz
Date: 6/19/06
Nicole E. Guilbert

PB00626