*EXHIBIT L*
*TO PLAINTIFFS' MEMORANDUM*

| Form **2555** | | Foreign Earned Income | **1993** |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | ▶ See separate instructions.    ▶ Attach to front of Form 1040. | Attachment Sequence No. **34** |

**For Use by U.S. Citizens and Resident Aliens Only**

| Name shown on Form 1040 | Your social security number |
|---|---|
| RICHARD WEYLAND | ███████ |

**Part I**    General Information

**1**   Your foreign address (including country)
1 BENTINIM OPARA ROAD, PORT HARCOURT, RIVERS STATE, NIGERIA

**2** Your occupation   MARINER

**3**   Employer's name ▶ TIDEX NIGERIA LTD.

**4 a**   Employer's U.S. address ▶

**b**   Employer's foreign address ▶ 1 BENTINIM OPARA ROAD, PORT HARCOURT, NIGERIA

**5**   Employer is (check any that apply): 
a ☒ A foreign entity   b ☐ A U.S. company   c ☐ Self
d ☐ A foreign affiliate of a U.S. company   e ☐ Other (specify) ▶

**6 a**   If, after 1981, you filed Form 2555 to claim either of the exclusions or Form 2555-EZ to claim the foreign earned income exclusion, enter the last year you filed the form. ▶ 1992

**b**   If you did not file Form 2555 or 2555-EZ after 1981 to claim either of the exclusions, check here ▶ ☐ and go to line 7 now.

**c**   Have you ever revoked either of the exclusions? ......................................................... ☐ Yes  ☒ No

**d**   If you answered "Yes," enter the type of exclusion and the tax year for which the revocation was effective. ▶ NA

**7**   Of what country are you a citizen/national? ▶ UNITED STATES OF AMERICA

**8 a**   Did you maintain a separate foreign residence for your family because of adverse living conditions at your tax home? See Second foreign household on page 3 of the instructions .............................. ☒ Yes  ☐ No

**b**   If "Yes," enter city and country of the separate foreign residence. Also, enter the number of days during your tax year that you maintained a second household at that address. ▶ WARRI, NIGERIA, 325 DAYS

**9**   List your tax home(s) during your tax year and date(s) established. ▶ 1 SWAMP ROAD, WARRI, NIGERIA, 6/85

**Next, complete either Part II or Part III. If an item does not apply, write "NA." If you do not give the information asked for, any exclusion or deduction you claim may be disallowed.**

**Part II**    Taxpayers Qualifying Under Bona Fide Residence Test (See page 2 of the instructions.)

**10**   Date bona fide residence began ▶ 5/15/85 , and ended ▶ Continues

**11**   Kind of living quarters in foreign country ▶ a ☐ Purchased house   b ☐ Rented house or apartment   c ☐ Rented room
d ☒ Quarters furnished by employer

**12 a**   Did any of your family live with you abroad during any part of the tax year? .......................... ☐ Yes  ☒ No

**b**   If "Yes," who and for what period? ▶ NA

**13 a**   Have you submitted a statement to the authorities of the foreign country where you claim bona fide residence that you are not a resident of that country? (See instructions.) .......................... ☐ Yes  ☒ No

**b**   Are you required to pay income tax to the country where you claim bona fide residence? (See instructions.) ..................... ☒ Yes  ☐ No

If you answered "Yes" to 13a and "No" to 13b, you do not qualify as a bona fide resident. Do not complete the rest of Part II.

**14**   If you were present in the United States or its possessions during the tax year, complete columns (a)-(d) below. Do not include the income from column (d) in Part IV, but report it on Form 1040.

| (a) Date arrived in U.S. | (b) Date left U.S. | (c) Number of days in U.S. on business | (d) Income earned in U.S. on business (attach computation) | (a) Date arrived in U.S. | (b) Date left U.S. | (c) Number of days in U.S. on business | (d) Income earned in U.S. on business (attach computation) |
|---|---|---|---|---|---|---|---|
| 5/11/93 | 6/05/93 | 0 | 0 | | | | |
| 10/04/93 | 11/19/93 | 0 | 0 | | | | |
| | | | | | | | |
| | | | | | | | |

**15 a**   List any contractual terms or other conditions relating to the length of your employment abroad. ▶
LEAVE PERIOD WITH TRANSPORT.

**b**   Enter the type of visa under which you entered the foreign country. ▶ RESIDENCE PERMIT FOR NIGERIA

**c**   Did your visa limit the length of your stay or employment in a foreign country? If "Yes," attach explanation ............... ☐ Yes  ☒ No

**d**   Did you maintain a home in the United States while living abroad? ................................. ☒ Yes  ☐ No

**e**   If "Yes," enter address of your home, whether it was rented, the names of the occupants, and their relationship to you.
▶ RFD 6, BOX 341A, NEWTON, NJ 07860 (WIFE)

For Paperwork Reduction Act Notice, see page 1 of separate instr
H884

Exhibit No. 16
Deponent: Birkholz
Date: 6/19/06
Nicole E. Guilbert

Form 2555 (1993)

PB00691

*Redacted by Counsel*

Form 2555 (1993)  RICHARD WEYLAND                                                                              Page 2

**Part III**  Taxpayers Qualifying Under Physical Presence Test  (See page 2 of the instructions.)

16  The physical presence test is based on the 12-month period from ▶ _____ through ▶ _____

17  Enter your principal country of employment during your tax year ▶ _____

18  If you traveled abroad during the 12-month period entered on line 16, complete columns (a)–(f) below. Exclude travel between foreign countries that did not involve travel on or over international waters, or in or over the United States, for 24 hours or more. If you have no travel to report during the period, enter "Physically present in a foreign country or countries for the entire 12-month period." Do not include the income from column (f) below in Part IV, but report it on Form 1040.

| (a) Name of country (including U.S.) | (b) Date arrived | (c) Date left | (d) Full days present in country | (e) Number of days in U.S. on business | (f) Income earned in U.S. on business (attach computation) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**Part IV**  All Taxpayers

Note: Enter on lines 19 through 23 all income, including noncash income, you earned and actually or constructively received during your 1993 tax year for services you performed in a foreign country. If any of the foreign earned income received this tax year was earned in a prior tax year, or will be earned in a later tax year (such as a bonus), see the instructions. Do not include income from line 14, column (d), or line 18, column (f). Report amounts in U.S. dollars using the exchange rates in effect when you actually or constructively received the income.

If you are a cash basis taxpayer, report on Form 1040 all income you received in 1993, no matter when you performed the service.

| 1993 Foreign Earned Income | | Amount (In U.S. dollars) |
|---|---|---|
| 19  Total wages, salaries, bonuses, commissions, etc | 19 | 46,491 |
| 20  Allowable share of income for personal services performed (see instructions): | | |
| a  In a business (including farming) or profession | 20a | |
| b  In a partnership. List partnership's name and address and type of income. ▶ | 20b | |
| 21  Noncash income (market value of property or facilities furnished by employer – attach statement showing how it was determined): | | |
| a  Home (lodging) | 21a | |
| b  Meals | 21b | |
| c  Car | 21c | |
| d  Other property or facilities. List type and amount. ▶ | 21d | |
| 22  Allowances, reimbursements, or expenses paid on your behalf for services you performed: | | |
| a  Cost of living and overseas differential | 22a | |
| b  Family | 22b | |
| c  Education | 22c | |
| d  Home leave | 22d | |
| e  Quarters | 22e | |
| f  For any other purpose. List type and amount. ▶ | 22f | |
| g  Add lines 22a through 22f | 22g | |
| 23  Other foreign earned income. List type and amount. ▶ | 23 | |
| 24  Add lines 19 through 21d, line 22g, and line 23 | 24 | 46,491 |
| 25  Total amount of meals and lodging included on line 24 that is excludable (see instructions) | 25 | |
| 26  Subtract line 25 from line 24. Enter the result here and on line 27 on page 3. This is your **foreign earned income** ▶ | 26 | 46,491 |

See Allocation of Compensation Statement 1

PB00692

Form 2555 (1993)    RICHARD WEYLAND                                                                                    Page 3

### Part V | All Taxpayers

| | | |
|---|---|---|
| 27 Enter the amount from line 26 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 27 | 46,491 |

    ● If you choose to claim the housing exclusion or are claiming the housing deduction, complete Part VI.
    ● All others, go to Part VII.

### Part VI | For Taxpayers Claiming the Housing Exclusion AND/OR Deduction

| | | | |
|---|---|---|---|
| 28 Qualified housing expenses for the tax year (see instructions). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 28 | | |
| 29 Number of days in your qualifying period that fall within your 1993 tax year (see instructions). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 29 | | |
| 30 Multiply $23.94 by the number of days on line 29. Enter the result but do not enter more than $8,737.00. . . . . . . . . . | 30 | | |
| 31 Subtract line 30 from line 28. If zero or less, do not complete the rest of Part VI or any of Part IX . . . . . . . . . . . . . . . | 31 | | |
| 32 Enter employer-provided amounts (see instructions) . . . . . . . . . . . . . . . . . . . . . . . | 32 | | |
| 33 Divide line 32 by line 27. Enter the result as a decimal (to two places), but do not enter more than "1.00" . . . . . . . . . | 33 | | X |
| 34 Housing exclusion. Multiply line 31 by line 33. Enter the result but do not enter more than the amount on line 32. Also, complete Part VIII. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 34 | | |

    Note:  The housing deduction is figured in Part IX. If you choose to claim the foreign earned
              income exclusion, complete Parts VII and VIII before Part IX.

### Part VII | For Taxpayers Claiming the Foreign Earned Income Exclusion

| | | | |
|---|---|---|---|
| 35 Maximum foreign earned income exclusion. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 35 | $70,000 | 00 |
| 36 ● If you completed Part VI, enter the number from line 29.<br>   ● All others, enter the number of days in your qualifying period that fall within your 1993 tax year (see the instructions for line 29).     . . . . . . . | 36 | 365 | |
| 37 ● If line 36 and the number of days in your 1993 tax year (usually 365) are the same, enter "1.00."<br>   ● Otherwise, divide line 36 by the number of days in your 1993 tax year and enter the result as a decimal (to two places).     . . . . . . . . . . | 37 | 1.00 | X |
| 38 Multiply line 35 by line 37 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 38 | 70,000 | |
| 39 Subtract line 34 from line 27 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 39 | 46,491 | |
| 40 Foreign earned income exclusion. Enter the smaller of line 38 or line 39. Also, complete Part VIII . . . . . . . . . . . . ▶ | 40 | 46,491 | |

### Part VIII | For Taxpayers Claiming the Housing Exclusion, Foreign Earned Income Exclusion, or Both

| | | | |
|---|---|---|---|
| 41 Add lines 34 and 40 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 41 | 46,491 | |
| 42 Deductions allowed in figuring your adjusted gross income (Form 1040, line 31) that are allocable to the excluded income. See instructions and attach computation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 42 | | |
| 43 Subtract line 42 from line 41. Enter the result here and in parentheses on Form 1040, line 22. Next to the amount write "Form 2555." On Form 1040, subtract this amount from your income to arrive at total income on Form 1040, line 23. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 43 | 46,491 | |

### Part IX | For Taxpayers Claiming the Housing Deduction - Complete this part only if (a) line 31 is more than line 34 and (b) line 27 is more than line 41.

| | | | |
|---|---|---|---|
| 44 Subtract line 34 from line 31 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 44 | | |
| 45 Subtract line 41 from line 27 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 45 | | |
| 46 Enter the smaller of line 44 or line 45 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 46 | | |

    Note:  If line 45 is more than line 46 and you couldn't deduct all of your 1992 housing deduction because of the
              1992 limit, use the worksheet on page 4 of the instructions to figure the amount to enter on line 47.
              Otherwise, go to line 48.

| | | | |
|---|---|---|---|
| 47 Housing deduction carryover from 1992 (from worksheet on page 4 of the instructions). . . . . . . . . . . . . . . . . | 47 | | |
| 48 Housing deduction. Add lines 46 and 47. Enter the total here and on Form 1040 to the left of line 30. Next to the amount on Form 1040, write "Form 2555." Add it to the total adjustments reported on that line . . . . . . . . . . . . . . ▶ | 48 | | |

PB00693

| 1993 | Federal Statements | Page 1 |
|---|---|---|

| Client WEY8495 | RICHARD AND JENNIFER WEYLAND | |
|---|---|---|

06/18/96                                                                                    2:43 pm

Statement 1
Form 2555, Part IV, Foreign Earned Income (Taxpayer)
Allocation of Compensation

| | | During Foreign Assignment | | Before and After Foreign Assignment | |
|---|---|---|---|---|---|
| | Total | U.S. | Foreign | U.S. | Foreign |
| Wages and Salaries: | | | | | |
| ZAPATA GULF MARINE CORP. | 46,491 | | 46,491 | | |
| Total Foreign Compensation | 46,491 | 0 | 46,491 | 0 | 0 |

Statement 2
Form 1040
Wages

| Wages Taxpayer - Employer | Wages | Federal W/H | FICA | Medi Care | State W/H | Local W/H |
|---|---|---|---|---|---|---|
| ZAPATA GULF MARINE CORP. | 46,491 | | | | | |
| Totals | 46,491 | 0 | 0 | 0 | 0 | 0 |

PB00694