*"EXHIBIT M"*
*TO PLAINTIFFS' MEMORANDUM*

TIDEWATER CREWING LIMITED
P.O. BOX 1043
GEORGETOWN, GRAND CAYMAN
CAYMAN ISLAND


WEYLAND, RICHARD J                                          SOC.SEC.NO.
━━━━━━━━━━━━━━━━━                                           ━━━━━━━━━━━
NEWTON   NJ   07860


REPORT OF EARNINGS TO EMPLOYEES
YEAR ENDING DECEMBER 31, 1992


| | |
|---|---:|
| REGULAR WAGES: | 13,800.00 |
| ADD: | |
| OTHER COMPENSATION PAID BY COMPANY: | |
|     COMPANY PAID BENEFITS (SEE ATTACHED) | 12.00 |
| LESS: | |
| ITEMS DEFERRED FROM CURRENT INCOME: | |
|     DEFFERED SAVINGS PLAN | .00 |
|     HEALTH INSURANCE PREMIUM | 300.00 |
| NET EARNINGS | 13,512.00 |


Exhibit No. 15
Deponent: Birkholz
Date: 6/19/06
Nicole E. Guilbert

PB00719

*Redacted by Counsel*