UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON
CIVIL ACTION NO. 05-375-JBC

RICHARD WEYLAND and
JENNIFER WEYLAND,                                                                                    PLAINTIFFS

V.            **ORDER GRANTING
       PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT
                    REGARDING TAX LIABILITY**

PETER BIRKHOLZ and
BIRKHOLZ AND COMPANY,                                                                           DEFENDANTS.

\* \* \* \* \* \*

The Plaintiffs having moved for partial summary judgment pursuant to Fed. R. Civ. P. 56(a), the Court having reviewed the record and being otherwise sufficiently advised, it is hereby ORDERED that Plaintiffs' motion is GRANTED; and for purposes of this action Plaintiffs shall be deemed as a matter of law to have not been liable to the United States Treasury for FICA tax on Richard Weyland's earnings from 1986 through 2003.

Entered this ___ day of _____, 2007.

_____
Jennifer B. Coffman
United States District Judge, E.D.KY