Eastern District of Kentucky
**FILED**

FEB 1 5 2007

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | | |
|---|---|---|
| RICHARD WEYLAND AND JENNIFER WEYLAND | | PLAINTIFF |
| VS. | **ORDER GRANTING DEFENDANTS' MOTION TO SEAL DOCUMENTS** | NO. 05-375-JBC |
| PETER BIRKHOLZ AND BIRKHOLZ & COMPANY | | DEFENDANTS |

The Defendants having filed a Motion to Seal Documents and the Court having reviewed the record and being otherwise sufficiently advised, it is hereby ORDERED that Defendants' motion is GRANTED.

Entered this 15th day of February, 2007.

Jennifer B. Coffman
United States District Judge, E.D. KY