Tidewater

LEGAL DEPARTMENT

October 5, 2006

Ms. Heidi Johnson
Boehl Stopher & Graves
444 West Second Street
Lexington, KY  40507

> Re:   Richard and Jennifer Weyland v. Peter Birkholz and
>        Birkholz & Company, Civil Case No: 05-375-JBC

Dear Ms. Johnson:

It has come to my attention that the corporate structure document provided to you by our Jennie Taylor by letter dated June 21, 2006 in connection with the captioned matter contained a number of errors. Accordingly, I have examined Richard Weyland's employment file and have drafted a corrected corporate structure certificate for Mr. Goldblatt to sign. That corrected certificate is attached hereto and replaces the previous one, which is revoked and should be discarded.

We apologize for any inconvenience caused by the erroneous certificate. I do not know why/how such errors were made and I expect they were simply attributable to haste and inadvertent oversight.

Very truly yours,

TIDEWATER INC.

Marinus Quist
Assistant General Counsel

MQ:sv

Enclosure

cc:   David T. Royse, Esq. (w/enc.)
       Jennie Taylor (w/enc.)
       Mike Goldblatt (w/enc.)

TIDEWATER INC.
Pan-American Life Center
601 Poydras Street, Suite 1900
New Orleans, Louisiana  70130-6040
Telephone: (504) 568-1010
Facsimile: (504) 566-4559

T00227