UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON
CIVIL ACTION NO. 05-375-JBC

*ELECTRONICALLY FILED*

RICHARD WEYLAND and JENNIFER WEYLAND                    PLAINTIFFS

**PLAINTIFFS' PRE-TRIAL EXHIBIT LIST**

PETER BIRKHOLZ and BIRKHOLZ AND COMPANY                DEFENDANTS

* * * * * * * * * * * * * *

Pursuant to Fed. R. Civ. P. 26(a)(3)(C) and the Court's Order of November 9, 2006, Plaintiffs submit the following list of exhibits they anticipate they may use at trial.

1. **Exhibits Plaintiffs Expect to Use at Trial**

The following numbered items are those Plaintiffs *expect* to use at trial and they are numbered in the order they are anticipated to be introduced.

| Anticipated Exh. # | Description | Bates Number or I.D. |
|---|---|---|
| PX 1 | Zapata Gulf Crews, Inc. Earning Register ('85-'92) | T00014 – T00021 |
| PX 2 | Tidewater Crewing Ltd. Payroll History ('92-'93) | T00012 – T00013 |
| PX 3 | Tidewater Crewing Ltd. Payroll History ('93-'06) | T00005 – T00011 |
| PX 4 | 1992 Zapata Gulf Crews, Inc. Report of Earnings | PB00718 |
| PX 5 | 1992 Tidewater Crewing Ltd. Report of Earnings | PB00719 |
| PX 6 | 1993 Tidewater Crewing Ltd. Report of Earnings | W 00003 |
| PX 7 | 1994 Tidewater Crewing Ltd. Report of Earnings | W 00005 |

| Anticipated Exh. # | Description | Bates Number or I.D. |
|---|---|---|
| PX 8 | 1996 Tidewater Crewing Ltd. Report of Earnings | W 00006 |
| PX 9 | 2001 Social Security Statement | W 00344 – W 00345 |
| PX 10 | 2002 Social Security Statement | |
| PX 11 | Notebook of Payroll Stubs Maintained by Weylands | |
| PX 12 | Zapata Gulf Crews, Inc. Earnings Register and Exemplar Paystubs from 1986-1992 | Exh. D to S.J. Memo |
| PX 13 | Tidewater Crewing Ltd. Exemplar Paystubs ('92-'03) | Exh. F to S.J. Memo |
| PX 14 | 10/29/97 J. Weyland Letter | W 00187 |
| PX 15 | 8/8/03 Birkholz Letter | PB00001 – PB00002 |
| PX 16 | IRS Correspondence | Exh. H to S.J. Memo |
| COMPOSITE PX 17: | | |
| | 8/13/04 Invoice | PB00028 |
| | 10/7/03 Invoice | PB00105 |
| | 11/14/00 Invoice | PB00362 |
| | 10/28/98 Invoice | PB00430 |
| | 1/8/98 Invoice | W 00194 – W 00195 |
| | 10/14/97 Invoice | W 00192 |
| | 12/11/96 Invoice | PB00496 |
| | 6/28/96 Invoice | PB00598 |
| | 4/3/96 Invoice | PB00702 |
| | 12/1/94 Invoice | PB00628 |
| | 1/26/94 Invoice | PB00740 |

| Anticipated Exh. # | Description | Bates Number or I.D. |
|---|---|---|
| | 5/14/92 Invoice | PB00715 |
| | 3/28/92 Invoice | PB00794 |
| | 10/28/91 Invoice | PB00790 |
| | 10/1/91 Invoice | PB00823 |
| | 12/17/90 Invoice | PB00844 |
| | 10/9/90 Invoice | PB00870 |
| | 4/3/89 Invoice | PB00966 |
| | 8/9/88 Invoice | |
| | 12/1/87 Invoice | PB00961 |
| PX 18 | 1987 Tax Return | |
| PX 19 | 1988 Tax Return | PB00912 – PB00920 |
| PX 20 | 1988 Richard Time Overseas | PB00950 |
| PX 21 | 1988 Birkholz Notes | PB00952 |
| PX 22 | 1989 Tax Return | PB00879 – PB00920 |
| PX 23 | 1990 Tax Return | PB00824 – PB00833 |
| PX 24 | 1990 Amended Return | PB00817 – PB00818 |
| PX 25 | 1991 Tax Return | PB00775 – PB00774 |
| PX 26 | 1992 Tax Return | PB00720 – PB00731 |
| PX 27 | 1993 Tax Return | PB00656 – PB00673 |
| PX 28 | 1994 Tax Return | PB00599 – PB00610 |
| PX 29 | 1994 Richard Time Overseas | PB00626 |
| PX 30 | 1995 Tax Return | PB00520 – PB00533 |

| Anticipated Exh. # | Description | Bates Number or I.D. |
|---|---|---|
| PX 31 | 1996 Tax Return | PB00468 – PB00478 |
| PX 32 | 1997 Tax Return | PB00436 – PB00449 |
| PX 33 | 1998 Tax Return | PB00376 – PB00385 |
| PX 34 | 1999 Amended Return | PB00340 – PB00346 |
| PX 35 | 1999 Tax Return | PB00312 – PB00326 |
| PX 36 | 2000 Tax Return | PB00268 – PB00278 |
| PX 37 | 2001 Tax Return | PB00170 – PB00183 |
| PX 38 | 2002 Tax Return | PB00052 – PB00067 |

**2.     Exhibit Plaintiffs May Use at Trial if the Need Arises**

The following are exhibits the Plaintiffs anticipate they may use at trial if the need arises.

a)     Correspondence and notes between Plaintiffs and Defendants:

| Description | Bates Number or I.D. |
|---|---|
| 8/7/04 Birkholz Letter | PB00003 - PB00004 |
| 2003 Birkholz Notes | PB00108 |
| 12/12/02 Birkholz Letter | W 00031 |
| 5/24/01 Birkholz Letter | PB00222 – PB00232 |
| 2001 Birkholz Notes | PB00190 |
| 12/11/96 Birkholz Letter | W 00033 |
| 5/4/92 Birkholz Letter | PB00819 |
| 8/03 Birkholz Phone Bill | |

b)     Employment records for Richard Weyland demonstrating his employment with Tidewater Crewing Limited and Zapata Gulf Crews, Inc., respectively:

4

| Description | Bates Number or I.D. |
|---|---|
| Employment Record of Transfer from Zapata | T00072 |
| 7/23/05 Working Agreement | T00088 – T00089 |
| 6/1/094 Working Agreement | T00091 – T00092 |
| 6/29/03 Personnel Action Form | T00097 |
| 12/16/03 Working Agreement | T00093 – T00094 |
| 2/5/03 Working Agreement | T00098 – T00099 |
| 9/10/02 Personnel Action Form | T00100 |
| 11/16/95 Working Agreement | T00145 – T00146 |
| 6/14/95 Working Agreement | T00150 – T00151 |
| 2/13/95 Working Agreement | T00157 – T00158 |
| 6/2/94 Working Agreement | T00165 – T00166 |
| 5/18/94 Nigerian Visa Request | T00168 |
| 11/17/93 Working Agreement | T00216 – T00217 |
| 5/26/93 Working Agreement | T00223 – T00224 |
| 5/18/94 Offer and Acceptance | T00077 – T00078 |
| 4/20/94 Letter to Angolan Embassy | T00085 |
| 1/16/98 Personnel Action Form | T00135 |
| 4/14/93 Personnel Action Form | T00222 |
| 6/14/90 Zapata Gulf Crews, Inc. Letter re: Pay Rate | W 00019 |
| 6/14/95 Working Agreement | W 00307 – W 00328 |
| 11/17/93 Working Agreement | W 00329 – W 00330 |
| 2/3/95 Working Agreement | W 00331 – W 00332 |
| Zapata Gulf Sea Service Time | Exh. B to S.J. Memo |
| Tidewater, Inc. Subsidiary List | Exh. C to S.J. Memo |
| Tidewater Corrected Certificate | Exh. E to S.J. Memo |

c) Summaries and/or demonstrative exhibits summarizing the information contained in the tax returns listed above.

d)  Summaries and/or demonstrative exhibits summarizing the information contained in Plaintiffs' Social Security Reports listed above.

e)  Summaries and/or demonstrative exhibits summarizing the information contained in Richard Weyland's employment records listed above.

f)  The expert report of Calvin D. Cranfill and materials included therein, and demonstrative exhibits regarding its contents.

g)  The expert report of Thomas Cooper and demonstrative exhibits regarding its contents.

h)  Any pleadings in the record.

i)  Any deposition transcripts necessary for impeachment.

j)  Any other documents necessary for impeachment and/or rebuttal.

Respectfully submitted,

David T. Royse
Lynn Sowards
STOLL KEENON OGDEN PLLC
300 West Vine St., Suite 2100
Lexington, Kentucky  40507
Telephone:  859-231-3000

 /s/  David T. Royse             .
COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

This is to certify that this Pre-trial Exhibit List has been electronically filed on this 6th day of April, 2007 with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to Hon. Ronald L. Green, Boehl, Stopher & Graves, 444 West Second Street, Lexington, KY 40507.

   /s/  David T. Royse             .
COUNSEL FOR PLAINTIFFS

LEX 107818/123017/3497903.1