UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | | |
|---|---|---|
| RICHARD WEYLAND AND JENNIFER WEYLAND | | PLAINTIFF |
| VS. | **DEFENDANTS' MOTIONS IN LIMINE** | NO. 05-375-JBC |
| PETER BIRKHOLZ AND BIRKHOLZ & COMPANY | | DEFENDANTS |

Comes the Defendants, Peter Birkholz and Birkholz & Company, by counsel, and hereby respectfully moves the Court to enter an Order prohibiting Plaintiffs from presenting any evidence or testimony at the trial of the above-styled action as it relates to the following enumerated matters, or in the alternative enter an Order instructing the Plaintiffs, their representatives, and their witnesses to refrain from making any direct or indirect mention whatsoever at trial before the jury of the matters enumerated hereinafter, without first obtaining permission from the court outside the presence of the hearing of the jury.

1. Whether the Plaintiffs Expert may Testify Concerning the Prejudgment Interest Rate.

2. Whether the Decision to Award Prejudgment Interest Should Rest With the Trial Court.

3. Whether the Plaintiffs Expert may Express an Opinion Concerning the Loss Sustained Without Accounting for the Value of the Benefits Plaintiffs will Enjoy as a Result of the Alleged Overpayments.

4. Whether the Plaintiffs Expert may Express an Opinion Concerning the Loss Sustained Without Accounting for the Value of the Benefits Plaintiffs will Enjoy as a Result of the Alleged Overpayments.

5. Whether the Plaintiffs Expert may Express an Opinion Concerning the Loss Sustained Without Accounting for the Value of the Benefits Plaintiffs will Enjoy as a Result of the Alleged Overpayments.

6. Whether any Evidence of Statements made by Mr. Smith to any Other Person Should be Excluded as Hearsay.

> BOEHL, STOPHER & GRAVES
> 444 West Second Street
> Lexington, KY 40507
> Telephone: (859) 252-6721
>
> BY: s/ Ronald L. Green
> RONALD L. GREEN
> ATTORNEYS FOR THE DEFENDANTS,
> PETER BIRKHOLZ AND BIRKHOLZ &
> COMPANY

## CERTIFICATE OF SERVICE

I hereby certify on April 6, 2007, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

> Hon. David T. Royse
> STOLL, KEENON & PARK, LLP
> 300 West Vine Street
> Suite 2100
> Lexington, KY 40507

> BY: s/ Ronald L. Green
> RONALD L. GREEN