**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CIVIL ACTION NO. 05-375-JBC**

**RICHARD WEYLAND and**
**JENNIFER WEYLAND,**                                              **PLAINTIFFS,**

**V.**                                       <u>**ORDER**</u>

**PETER BIRKHOLZ and**
**BIRKHOLZ AND COMPANY,**                                    **DEFENDANTS.**

* * * * * * * * * *

This matter is before the court on the plaintiffs' motion to require a

settlement conference (DE 40), the defendants' unopposed motion to strike

(DE 53), the defendants' motions for summary judgment (DE 50, DE 61), and the

plaintiffs' motion to strike (DE 64), which the court will construe as a motion to

deny the defendants' motions for summary judgment as untimely.

In light of the parties' differing assessments of the likelihood of settlement,

**IT IS ORDERED** that the plaintiffs' motion to require a settlement conference

(DE 40) is **DENIED**.  The parties are encouraged, however, to explore the possibility

of settlement on their own initiative.

**IT IS FURTHER ORDERED** that the defendants' unopposed motion to strike

and replace an incorrectly filed memorandum of law (DE 53) is **GRANTED**.

**IT IS FURTHER ORDERED** that the plaintiffs' motion to strike (DE 64) is

**GRANTED**.  The defendants' motions for summary judgment (DE 50, DE 61) are

**DENIED** as **UNTIMELY**.

Signed on April 11, 2007

JENNIFER B. COFFMAN, JUDGE
U.S. DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY