Birkholz & Company

Framingham, MA 01701
Voice
Fax
email:

Peter Birkholz, MST
William Birkholz, MST

August 8, 2003

Jennifer & Richard Weyland

Cynthiana, KY 41031

Dear Jennifer:

    Since learning of Richard's status change, I have spent some time researching whether his wages are subject to the US Social Security tax. Since I do not as yet have all the facts, I am writing this letter to clarify treatment so that we can file amended returns for all years open under the statute of limitations. The technical part of this letter is notes for my file.

    It appears that Richard would not be subject to social security taxes if hired by a foreign employer and the vessel is not an American vessel or does not touch a US port. It is this last part that I am not sure about. Richard tells me that he is employed by Tidewater Marine International Ltd. Thus he meets the requirement of not being an employee of a US company. But I am not sure if the vessel is owned by the foreign subsidiary and I am not sure if it ever touches a US port. Could you clarify this so I can file amended returns if appropriate.

    I check tax year 1999 and the Statute of Limitation if open this October 10, 2003. The Statute is still open for your and 2000 and 2001 returns. Based on your response and my additional research we can determine if any social security taxes can be refunded.

    I will await your response.

Sincerely,

Peter A. Birkholz

FILE COPY

REDACTED BY COUNSEL

PB00001

-2-

Technical Information

Section 3121 of the Internal Revenue Code defines wages for social security purposes. It defines wages as all remuneration for employment. Employment is defined as any service, of whatever nature, performed

- A. by an employee for the person employing him, irrespective of the citizenship or residence of either,

    1. within the United States, or
    2. on or in connection with an American Vessel or American aircraft under a contract of service which is entered into within the United States or during the performance of which and while the employee is employed on the vessel or aircraft it touches at a port in the United States, if the employee is employed on and in connection with such vessel or aircraft when outside the United States, or

- B. outside the United States by a citizen or resident of the United States as an employee for an American employer for an American employer or

- C. if it is service, regardless of where or by whom performed, which is designated as employment or recognized as equivalent of employment under an agreement entered into under Section 233 of the Social Security Act; except that such term shall not include:

    4. service performed by an individual on or in connection with a vessel not an American Vessel, or on or in connection with an aircraft not an American aircraft, if

        (A) the individual is employed on and in connection with such vessel or aircraft, when outside the United States, or

        (B) (i) such individual is not a citizen of the United States or
        (ii) the employer is not an American employer.