**Page 37**

(1) Q. Okay. So, it's worse than the Air Force.
(2)    MR. ROYCE: Sounds like it's just a ton of fun.
(3) BY MR. GREEN:
(4) Q. Okay. Have you been — since the merger that we
(5) talked about, Zapata and Tidewater, have you been in — did
(6) your employment just change over to Tidewater? All of a
(7) sudden, Tidewater was the one that was responsible for paying
(8) you, that sort of thing?
(9) A. Yes, Ron.
(10) Q. Okay. Tidewater has subsidiaries.
(11)    Do you recall specifically who you were employed
(12) by?
(13) A. The exact whom I was employed by, I am not quite
(14) sure.
(15) Q. Okay. Do you know — I assume that you have, with
(16) Tidewater, somewhere, a personnel file. I don't know if you
(17) know whether you do or not. I assume you know.
(18) A. Yes, sir.
(19) Q. Do you know where that would be located?
(20) A. I am not sure.
(21) Q. Okay. If you had a question about your employment
(22) status, say your check was the wrong amount, who would you
(23) call?
(24) A. I would call the Malongo office of Tidewater. It's
(25) called Sonatide.

**Page 38**

(1) Q. Okay. And do you know how they would find out?
(2)    What's at the Malongo office?
(3) A. It's the operations manager that I work for. Port
(4) captains, port engineers, a few administrative personnel.
(5) Q. Okay. What's the operations manager that you
(6) currently work for? What's his name?
(7) A. Shawn Nicholson.
(8) Q. Do you know where he's from?
(9) A. I believe he's presently living in Thailand.
(10) Q. Okay. But do you know where he's from?
(11) A. From? Someplace in the south. I'm not really
(12) sure.
(13) Q. Okay.
(14) A. Of the United States, by the way.
(15) Q. We people that don't get out of the country much
(16) assume that.
(17) A. Well —
(18) Q. It's a bad assumption.
(19)    Okay. Do you know who he would check with if there
(20) were a problem with your check?
(21) A. No, sir.
(22) Q. Okay. Do you know where your checks are issued?
(23) A. I'm not really sure.
(24) Q. Okay. Since the merger of Tidewater, have they come
(25) from the same place, or has that changed through time?

**Page 39**

(1) A. I'm not really sure.
(2) Q. Okay. Do you — you spent a lot of time — we
(3) haven't got into that.
(4)    On average, how much time do you spend out of the
(5) country?
(6) A. Three to four months at a stretch, and then usually
(7) home a month to month and a half.
(8) Q. Okay. And does Tidewater pay your expenses to go to
(9) the site, or do you pay to go?
(10) A. Tidewater pays, Ron.
(11) Q. Okay. Did Tidewater ever issue you either — well,
(12) 1099s?
(13) A. 1099?
(14) Q. Which is a form for an independent contractor saying
(15) we paid you "X" number of dollars.
(16) A. I don't believe, but I'm not sure.
(17) Q. Okay. Are you paid monthly, or biweekly, or —
(18) A. No. I'm paid twice a month. Bimonthly.
(19) Q. Okay. If you're on the ship, off of Angola, let's
(20) say, where does your check go? Does it go to you, or does it
(21) go to your home?
(22) A. It goes to my home here in Kentucky.
(23) Q. Okay. And I assume you have arrangements made with
(24) the bank, power of attorney, or whatever, to where your wife
(25) can then cash that or deposit it, or whatever?

**Page 40**

(1) A. Yes, sir.
(2) Q. Okay. So, is it — so, generally, or at least
(3) often, you don't actually see the physical check that you get.
(4) You just know that they paid you.
(5)    Is that true?
(6) A. That is true. My —
(7) Q. Okay.
(8) A. My wife handles the checks.
(9) Q. Let me kind of break off and go back to — to an
(10) issue that I want to try to work out in terms of where your
(11) residence has been through time.
(12)    We've established that you lived in Massachusetts
(13) through high school, you lived in Massachusetts through the
(14) maritime academy.
(15)    Let me ask you: When did you get married?
(16) A. 1980.
(17) Q. Okay. Prior to that, was your residence anywhere
(18) than in Massachusetts?
(19) A. No.
(20) Q. Okay. When you — and I take it you've been married
(21) once?
(22) A. That's correct.
(23) Q. Do you have children?
(24) A. No.
(25) Q. Okay. After you got married, where was your initial

**Page 41**

[1] residence? And by "residence," I just mean your regular
[2] dwelling. I don't want to get anything legal about it.
[3]   A.  Ashland, Massachusetts.
[4]   Q.  That doesn't ring a bell.
[5]       Is that in western Massachusetts, or is that --
[6]   A.  Let's see, where is Ashland? It's -- you know where
[7] Framingham is?
[8]   Q.  Yeah. Okay.
[9]   A.  Okay. It's one town over from Framingham.
[10]  Q.  Okay. And how long did you live there?
[11]  A.  I'm not really sure.
[12]  Q.  Okay. Is it while you lived there that you came in
[13] contact with Mr. Birkholz?
[14]  A.  My wife made the initial contact with
[15] Mr. Birkholz.
[16]  Q.  Okay. But was that while you lived there in
[17] Ashland?
[18]  A.  Yes, it was.
[19]  Q.  Because I'll have to tell you, it's not common to
[20] find folks in Kentucky with an accountant in Framingham,
[21] Massachusetts. So, I'm interested in how you came to -- I'm
[22] not saying it's wrong. I'm just saying it's unusual.
[23]  A.  Okay.
[24]  Q.  Okay. And you don't recall when you -- when you
[25] moved from Ashland or how long you were there, but where did

**Page 42**

[1] you go next in terms of your residence?
[2]   A.  We went to New Jersey.
[3]   Q.  Okay. Do you recall about when that was?
[4]   A.  No. Not really.
[5]   Q.  Okay. Was that in the '80s?
[6]       We can probably -- the tax returns may help you with
[7] that when we get to them.
[8]   A.  I couldn't give you a date.
[9]   Q.  Okay. And how long did you live in New Jersey?
[10]  A.  Roughly, a decade.
[11]  Q.  Okay. Did you live in the same place in
[12] New Jersey?
[13]  A.  Yes, Ron.
[14]  Q.  And during that period of time, you maintained your
[15] relationship with Mr. Birkholz?
[16]  A.  Yes, Ron.
[17]  Q.  Okay. And then did you move from New Jersey to
[18] Kentucky?
[19]  A.  Yes, Ron.
[20]  Q.  Okay. What prompted you to move to Kentucky?
[21]  A.  The area was very nice. We loved the area. And my
[22] wife wanted to get involved in the equestrian art business.
[23] This is a very good location for that.
[24]  Q.  That's true. She's probably looking forward to
[25] this -- I forget now what it's called that's coming up and

**Page 43**

[1] Lexington landed. The --
[2]       MS. WEYLAND: World games.
[3]       MR. GREEN: World games?
[4] BY MR. GREEN:
[5]   Q.  Have you vacationed here before that or --
[6]   A.  No, sir.
[7]   Q.  Did you know people from here? How did --
[8]   A.  No, sir.
[9]   Q.  I mean, how did it get on your radar screen, I
[10] guess?
[11]  A.  My wife was the first to suggest it. She brought me
[12] down here. We looked at a property. We purchased it.
[13]  Q.  Okay. Do you recall when that was?
[14]  A.  Roughly, mid '90s.
[15]  Q.  And your residence has been the same since you moved
[16] to Kentucky?
[17]  A.  Yes, Ron.
[18]  Q.  Okay. And we've talked some about what you do, but
[19] your wife is an artist; is that --
[20]  A.  Yes, Ron.
[21]  Q.  Okay. And self-employed?
[22]  A.  Yes, Ron.
[23]  Q.  Okay. What -- what prompted you to move to
[24] New Jersey? Do you recall, from Massachusetts?
[25]      Having lived in Massachusetts, I don't see that as a

**Page 44**

[1] step up, but, you know, I don't understand New Jersey.
[2]   A.  My wife was interested in doing book jacket
[3] illustration, and living close to New York City was a
[4] prerequisite to doing that sort of work.
[5]   Q.  Okay. So, the real attraction was New York City,
[6] not New Jersey.
[7]       That's just a place to live near New York?
[8]   A.  That's right, Ron.
[9]       MR. GREEN: Okay. Let's -- it's been just about an
[10] hour. Let's take about five minutes, and then I want to start
[11] in on your -- some of the documents and stuff.
[12]      MR. ROYCE: Okay.
[13]      (There was a brief recess.)
[14] BY MR. GREEN:
[15]  Q.  It may turn out that an awful lot of my questions
[16] are going to end up more appropriately directed to your wife,
[17] depending on how you answer these, but I need to still go
[18] through the process of finding out what you know or don't
[19] know. So, if this becomes tedious sounding, it's -- there's a
[20] purpose to it.
[21]      I'm not doing it just to keep you here, okay?
[22]      But I do need to know what you know and what you
[23] recall about your -- how you first became involved with
[24] Mr. Birkholz and when you think that might have been.
[25]  A.  My wife made the initial contact.