| FORM **1040X** (Rev. November 1999) | Department of the Treasury - Internal Revenue Service **Amended U.S. Individual Income Tax Return** ▶ See separate instructions. | OMB No. 1545-0091 |
|---|---|---|

This return is for calendar year ▶ **1999**, OR fiscal year ended ▶

Your first name and initial: **Richard**  Last name: **Weyland**
Your social security number: [redacted]

If a joint return, spouse's first name and initial: **Jennifer**  Last name: **Weyland**
Spouse's social security number: [redacted]

Home address: [redacted]  Apt. no.  Telephone number (optional)

City, town or post office, state, and ZIP code: **Cynthiana, KY 41031**

- A  If the name or address shown above is different from that shown on the original return, check here ▶ ☐
- B  Has the original return been changed or audited by the IRS or have you been notified that it will be? ☐ Yes ☒ No
- C  Filing status. Be sure to complete this line. Note: You cannot change from joint to separate returns after the due date.
  - On original return ▶ ☐ Single ☒ Married filing joint return ☐ Married filing separate return ☐ Head of household* ☐ Qualifying widow(er)
  - On this return ▶ ☐ Single ☒ Married filing joint return ☐ Married filing separate return ☐ Head of household* ☐ Qualifying widow(er)
  - * If the qualifying person is a child but not your dependent, see page 2.

USE PART II ON BACK TO EXPLAIN ANY CHANGES

| | Income and Deductions (pages 2–5) | | A. Original amount or as previously adjusted (see page 2) | B. Net change - amount of increase or (decrease) - explain in Part II | C. Correct amount |
|---|---|---|---|---|---|
| 1 | Adjusted gross income (see page 3) | 1 | -25,383 | 3,835 | -21,548 |
| 2 | Itemized deductions or standard deduction (see page 3) | 2 | 7,200 | | 7,200 |
| 3 | Subtract line 2 from line 1 | 3 | -32,583 | 3,835 | -28,748 |
| 4 | Exemptions. If changing, fill in Parts I and II on back | 4 | 5,500 | | 5,500 |
| 5 | Taxable income. Subtract line 4 from line 3 | 5 | -38,083 | 3,835 | -34,248 |
| 6 | Tax (see page 4). Method used in col. C _Tax Table_ | 6 | | | |
| 7 | Credits (see page 4) | 7 | | | |
| 8 | Subtract line 7 from line 6. Enter the result but not less than zero | 8 | | | |
| 9 | Other taxes (see page 4) | 9 | 8,082 | -7,669 | 413 |
| 10 | Total tax. Add lines 8 and 9 | 10 | 8,082 | -7,669 | 413 |
| 11 | Federal income tax withheld and excess social security and RRTA tax withheld. If changing, see page 4 | 11 | | | |
| 12 | Estimated tax payments, including amt applied from prior year's return | 12 | 7,500 | | 7,500 |
| 13 | Earned income credit | 13 | | | |
| 14 | Additional child tax credit from Form 8812 | 14 | | | |
| 15 | Credits from Form 4136 or Form 2439 | 15 | | | |
| 16 | Amount paid with request for extension of time to file (see page 4) | 16 | | | |
| 17 | Amount of tax paid with original return plus additional tax paid after it was filed | 17 | | | 582 |
| 18 | Total payments. Add lines 11 through 17 in column C | 18 | | | 8,082 |
| | **Refund or Amount You Owe** | | | | |
| 19 | Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 19 | | | |
| 20 | Subtract line 19 from line 18 (see page 5) | 20 | | | 8,082 |
| 21 | AMOUNT YOU OWE. If line 10, column C, is more than line 20, enter the difference and see page 5 | 21 | | | |
| 22 | If line 10, column C, is less than line 20, enter the difference | 22 | | | 7,669 |
| 23 | Amount of line 22 you want REFUNDED TO YOU | 23 | | | 7,669 |
| 24 | Amount of line 22 you want APPLIED TO YOUR ESTIMATED TAX | 24 | | | |

**Sign Here**
Joint return? See page 2. Keep a copy for your records.

Your signature  Date  Spouse's signature. If a joint return, BOTH must sign.  Date

**Paid Preparer's Use Only**
Preparer's signature ▶ **Peter Birkholz**  Date **10/10/0[?]**  Check if self-employed ☒  Preparer's SSN or PTIN [redacted]
Firm's name ▶ **BIRKHOLZ & COMPANY**  EIN [redacted]
**FRAMINGHAM, MA**  ZIP code **01701-4541**

Form **1040X** (Rev. 11-99)

KFA

— *Redacted by Counsel*

Exhibit No. **24**
Deponent: **Birkholz**
Date: **10/19/06**
Nicole E. Guilbert

PB00340

Form 1040X (Rev. 11-99)   Richard and Jennifer Weyland                                                                Page 2

### Part I — Exemptions. See Form 1040 or 1040A instructions.

If you are not changing your exemptions, do not complete this part.
If claiming more exemptions, complete lines 25-31.
If claiming fewer exemptions, complete lines 25-30.

| Line | Description | A. Original number of exemptions reported or as previously adjusted | B. Net change | C. Correct number of exemptions |
|---|---|---|---|---|
| 25 | Yourself and spouse | | | |
| | Caution. If your parents (or someone else) can claim you as a dependent (even if they chose not to), you cannot claim an exemption for yourself. | | | |
| 26 | Your dependent children who lived with you | | | |
| 27 | Your dependent children who did not live with you due to divorce/separation | | | |
| 28 | Other dependents | | | |
| 29 | Total number of exemptions. Add lines 25 through 28 | | | |
| 30 | Multiply the number of exemptions claimed on line 29 by the amount listed below for the tax year you are amending. Enter the result here and on line 4. | | | |

| Tax year | Exemption amount | But see the instructions for line 4 on page 3 if the amount on line 1 is over: |
|---|---|---|
| 1999 | $2,750 | $94,975 |
| 1998 | 2,700 | 93,400 |
| 1997 | 2,650 | 90,900 |
| 1996 | 2,550 | 88,475 |

31  Dependents (children and other) not claimed on original (or adjusted) return:
Note: For tax years after 1997, do not complete column (e) below. For tax years before 1998, do not complete column (d) below.

| (a) First Name   Last Name | (b) Dependent's social security number. If born in the tax year you are amending, see page 5. | (c) Dependent's relationship to you | (d) check if qualifying child for child tax credit (see page 5) | (e) No. of months lived in your home |
|---|---|---|---|---|
| | | | ☐ | |
| | | | ☐ | |
| | | | ☐ | |
| | | | ☐ | |
| | | | ☐ | |
| | | | ☐ | |

No. of your children on line 31 who:
- lived with you ▶ ☐
- did not live with you due to divorce or separation (see page 5) ▶ ☐
- Dependents on line 31 not entered above ▶ ☐

### Part II — Explanation of Changes to Income, Deductions, and Credits

Enter the line number from the front of the form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See page 1 of the instructions. Also, check here ▶ ☐

Claimant (Richard Weyland) initially filed return subjecting Foreign wages to self employment tax. Claimant captains a non American vessel that does not dock at a US port and works for a foreign employer. See copy of 1040-1 & 2 plus Schedule SE.

### Part III — Presidential Election Campaign Fund. Checking below will not increase your tax or reduce your refund.

If you did not previously want $3 go to the fund but now want to, check here ................................................ ▶ ☐
If a joint return and your spouse did not previously want $3 go to the fund but now wants to, check here ................