Internal Revenue Service
Area Director

Department of the Treasury

Number of this letter: 570

Date: JAN 1 9 2005

Taxpayer Identification Number:

Tax Form:
1040

Tax Year Ended:
December 31, 1999

Person to Contact:
C. Fyffe

Richard & Jennifer Weyland

Cynthiana, KY 41031

Contact Telephone Number:
859-233-2566 ext. 164

Employee Identification Number:
61-11333

Telephone Hours:

Dear Taxpayer:

We're pleased to tell you that we've accepted your claim for the tax year shown above.

We'll change your account to show your claim and send a refund to you if you owe no other amounts the law requires us to collect. We'll include any interest we owe you.

If you have any questions, please call or write to the contact person listed in this letter.

Sincerely yours,

Charlie Brantley
Director, Field Compliance Area 6
Small Business/Self-Employed

sb

201 W. Rivercenter Blvd. Stop 8400G, Covington, Ky. 41011

Letter 570 (Rev. 3-1994)
Catalog Number 40252O



REDACTED BY COUNSEL

W 00342