### Birkholz & Company

Framingham, MA 01701
Voice
Fax
email:

September 7, 2004

Richard & Jennifer Weyland

Cynthiana, KY 41031

Dear Richard and Jennifer:

The purpose of this letter is to bring you up to date on what needs to be done to insure that your returns are timely filed. There are real deadlines associated with the following action list which if not met could hamper your ability to save taxes.

1. Your 2003 Federal and State tax data was never received by this office. We were not engaged to prepare the return. If you have not filed the return it is due.

2. Estimated tax computations are normally done with the return. This office did not receive data so the determination of whether estimated taxes should be paid for 2004 needs to be determined.

3. Cindy Fife of the IRS is assigned to your Amended Return for Tax Year 1999 prepared by this office. This office has not received a response to our letter dated August 28, 2003 verifying information in the 1999 Amended Return. Ms Fife has requested documentation to support the amended return which I am unable to provide. In a previous conversation with your attorney, Jeff Smith, I was told to wait for a memorandum and documentation supporting the position that Social Security Taxes were not due in tax years 1984 through present. I have received no such writing but did receive a call from the IRS today requesting information or the case will be closed and the refund of Social Security Taxes denied. You need to provide information to Cindy Fife, IRS 1500 Leestown Road, Lexington, KY 40511. Ms Fife has allowed one week for the receipt of documentation.

4. Amended returns for 2000 and 2001 have similar issues. Due to no response from my August 28, 2003 request for information, I was unable to file a timely amended return for 2000 and the Statute of Limitation has tolled. A similar fate will befall Tax Year 2001. Without information, I cannot represent you to correct an excess tax assessment. You need to make sure timely amended returns are prepared for 2001.

REDACTED BY COUNSEL

COPY

PB00003

Richard and Jennifer Weyland    -2-    September 7, 2004

I will always appreciate our relationship but it is time for me to withdraw from representing you in the future. Once I am finished with the 1999 return my engagement will be completed. Call if you need to talk about any items open – I can't think of any.

Sincerely,

Peter A. Birkholz

cc. Jeff Smith
    Cindy Fife, IRS

PB00004