Exhibit No. 41
Deponent: Birkholz
Date: 6/19/06
Nicole E. Guilbert

## Peter Birkholz

**From:** Peter Birkholz
**Sent:** Tuesday, September 14, 2004 11:08 AM
**To:** 'jsmith@smithlaw.us'
**Subject:** RE: RE: RE: Pete Birkholz

Jeff

The Weylands held my letter for a year without responding-and they still have not responded to the facts request. They contacted you then kyou contacted me. Who abandoned whom. If you are taking over the audit by meeting with Cindy, I don't want to get in the way. I would not be able to handle it as efficiently as you as I am here and you are in driving distance to the IRS. You can ask the Weylands for a copy of my letter and copies of returns. This is the only issue I am aware of on the returns. Please note they never sent me tax data so we have not prepared a 2003 return or 2004 extensions. Ready willing an able to help but have not had any word from the Weylands.
Pete Birkholz

---

**From:** [mailto:jsmith@smithlaw.us]
**Sent:** Tuesday, September 14, 2004 10:28 AM
**To:** Peter Birkholz
**Subject:** Re: RE: RE: Pete Birkholz

Peter:

The Weylands were under the impression that you were disengaging them. Thus, they were feeling abandoned and needed someone to take over in the meantime. They have signed a POA and I have a meeting set up on Thurs. with Cindy Fyfe at my office. Because I have no information regarding your audit, please send me everything you have necessary to assist them with the audit and amended returns.

Further, please provide me with a written procedural history and factual history of what you have been doing regarding the Weylands so that I can attempt to clean up any messes with the IRS. They are attempting in every way to mitigate their damages.

Thanks,

Jeff


----- Original Message -----
**From:** Peter Birkholz [mailto:PBirkholz@birkholz.us]
**Sent:** 9/10/2004 2:34:25 PM
**To:** jsmith@smithlaw.us
**Subject:** RE: RE: Pete Birkholz

Jeff
I am in the middle of representing the Weyland's and have advised the auditor that you were going to send memo and documentation. If you are taking over, contact the POA. It is not my call but the Weylands. Got letter from Richard and Jennifer by express mail today asking if we filed and extension. We file extensions for

clients that provide data such as income and payments. An extension is not effective if a reasonable attempt is not made to ascertain tax liability. Therefore, having received no informaiton, we did not file an extension. Please talk to Richard and Jennifer.
Pete Birkholz

---

**From:** [mailto:jsmith@smithlaw.us]
**Sent:** Friday, September 10, 2004 1:04 PM
**To:** Peter Birkholz
**Subject:** Re: RE: Pete Birkholz

Who is going to represent them in the audit that currently is being performed?

Jeff


----- Original Message -----
**From:** Peter Birkholz [mailto:PBirkholz@birkholz.us]
**Sent:** 9/9/2004 9:15:09 AM
**To:** jsmith@smithlaw.us
**Subject:** RE: Pete Birkholz

Jeff
I did not receive any letter. I need the Weyland's to remove me from this engagement. Don't know what you mean by send files. My files have a copy of the tax return but so do the Weyland. The issue is the same on all returns. If you need anything from me, be more specific. I am here to help you if you wish.
Pete Birkholz

---

**From:** [mailto:jsmith@smithlaw.us]
**Sent:** Wednesday, September 08, 2004 5:54 PM
**To:** Peter Birkholz
**Subject:** Re: Pete Birkholz

Peter,

I had sent you a letter in Aug. of 2004 providing a legal opinion to be provided to the IRS. Richard Weyland will be coming in tomorrow to sign an affidavit regarding the representations in the letter. Did you not receive this letter? Please send all files regarding the filing of tax returns to my office so that the Weylands do not lose their rights to receive refunds for their social security taxes.

Also, I will receive a power of attorney from the Weyland's tomorrow to deal with the IRS agent here in Lexington.

Thanks,

Jeff Smith


----- Original Message -----

**From:** Peter Birkholz [mailto:PBirkholz@birkholz.us]
**Sent:** 9/7/2004 4:36:44 PM
**To:** JSmith@smithlaw.us
**Subject:** Pete Birkholz

Jeff
Enclosed please find a copy of a letter sent today to the Weyland's. Unfortunately the IRS has impossed a deadline.
I am doing what I can without the value of facts. Appreciate any help you can provide.
Pete Birkholz

9/15/2004

PB00008

## Peter Birkholz

**From:** Peter Birkholz
**Sent:** Tuesday, September 07, 2004 4:27 PM
**To:** 'JSmith@smithlaw.us'
**Subject:** Pete Birkholz

Jeff
Enclosed please find a copy of a letter sent today to the Weyland's. Unfortunately the IRS has impossed a deadline.
I am doing what I can without the value of facts. Appreciate any help you can provide.
Pete Birkholz

## Peter Birkholz

**From:** Peter Birkholz
**Sent:** Friday, September 10, 2004 2:25 PM
**To:** 'jsmith@smithlaw.us'
**Subject:** RE: RE: Pete Birkholz

Jeff
I am in the middle of representing the Weyland's and have advised the auditor that you were going to send memo and documentation. If you are taking over, contact the POA. It is not my call but the Weylands.
Got letter from Richard and Jennifer by express mail today asking if we filed and extension. We file extensions for clients that provide data such as income and payments. An extension is not effective if a reasonable attempt is not made to ascertain tax liability. Therefore, having received no informaiton, we did not file an extension. Please talk to Richard and Jennifer.
Pete Birkholz

---

**From:** [mailto:jsmith@smithlaw.us]
**Sent:** Friday, September 10, 2004 1:04 PM
**To:** Peter Birkholz
**Subject:** Re: RE: Pete Birkholz

Who is going to represent them in the audit that currently is being performed?

Jeff


----- Original Message -----
**From:** Peter Birkholz [mailto:PBirkholz@birkholz.us]
**Sent:** 9/9/2004 9:15:09 AM
**To:** jsmith@smithlaw.us
**Subject:** RE: Pete Birkholz

Jeff
I did not receive any letter. I need the Weyland's to remove me from this engagement. Don't know what you mean by send files. My files have a copy of the tax return but so do the Weyland. The issue is the same on all returns. If you need anything from me, be more specific. I am here to help you if you wish.
Pete Birkholz

---

**From:** [mailto:jsmith@smithlaw.us]
**Sent:** Wednesday, September 08, 2004 5:54 PM
**To:** Peter Birkholz
**Subject:** Re: Pete Birkholz

Peter,

I had sent you a letter in Aug. of 2004 providing a legal opinion to be provided to the IRS. Richard Weyland will be coming in tomorrow to sign an affidavit regarding the representations in the letter. Did you not receive this letter? Please send all files regarding the filing of tax returns to my office so that the

Weylands do not lose their rights to receive refunds for their social security taxes.

Also, I will receive a power of attorney from the Weyland's tomorrow to deal with the IRS agent here in Lexington.

Thanks,

Jeff Smith


----- Original Message -----
From: Peter Birkholz [mailto:PBirkholz@birkholz.us]
Sent: 9/7/2004 4:36:44 PM
To: JSmith@smithlaw.us
Subject: Pete Birkholz

Jeff
Enclosed please find a copy of a letter sent today to the Weyland's. Unfortunately the IRS has impossed a deadline.
I am doing what I can without the value of facts. Appreciate any help you can provide.
Pete Birkholz

9/10/2004

PB00011

## Peter Birkholz

**From:** Peter Birkholz
**Sent:** Thursday, September 09, 2004 9:06 AM
**To:** 'jsmith@smithlaw.us'
**Subject:** RE: Pete Birkholz

Jeff
I did not receive any letter. I need the Weyland's to remove me from this engagement. Don't know what you mean by send files. My files have a copy of the tax return but so do the Weyland. The issue is the same on all returns. If you need anything from me, be more specific. I am here to help you if you wish.
Pete Birkholz

---

**From:** [mailto:jsmith@smithlaw.us]
**Sent:** Wednesday, September 08, 2004 5:54 PM
**To:** Peter Birkholz
**Subject:** Re: Pete Birkholz

Peter,

I had sent you a letter in Aug. of 2004 providing a legal opinion to be provided to the IRS. Richard Weyland will be coming in tomorrow to sign an affidavit regarding the representations in the letter. Did you not receive this letter? Please send all files regarding the filing of tax returns to my office so that the Weylands do not lose their rights to receive refunds for their social security taxes.

Also, I will receive a power of attorney from the Weyland's tomorrow to deal with the IRS agent here in Lexington.

Thanks,

Jeff Smith


----- Original Message -----
**From:** Peter Birkholz [mailto:PBirkholz@birkholz.us]
**Sent:** 9/7/2004 4:36:44 PM
**To:** JSmith@smithlaw.us
**Subject:** Pete Birkholz

Jeff
Enclosed please find a copy of a letter sent today to the Weyland's. Unfortunately the IRS has impossed a deadline.
I am doing what I can without the value of facts. Appreciate any help you can provide.
Pete Birkholz

9/9/2004

PB00012