UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

RICHARD WEYLAND AND
JENNIFER WEYLAND                                                         PLAINTIFFS

VS.        **SUPPLEMENTAL EXHIBIT LIST ON
           BEHALF OF THE DEFENDANTS, PETER**         NO. 05-375-JBC
           **BIRKHOLZ AND BIRKHOLZ & COMPANY**

PETER BIRKHOLZ AND BIRKHOLZ &
COMPANY                                                                  DEFENDANTS

Come the Defendants, Peter Birkholz and Birkholz & Company, by counsel, and pursuant to the Court's Pre-Trial Order and direction at the Pre-Trial Conference on Janauary 3, 2008, submits the following list of exhibits and evidence that counsel anticipates may be used at the trial of this matter:

1. Documents Produced by the Weylands (Bates Stamp W0001 - W00655)

| DX | PX | DATE | DESCRIPTION | BATES |
|---|---|---|---|---|
| 1-1 |  | undated | Daily Marine Report for Oil Typhoon | W00216-17 |
| 1-2 |  | undated | lf J. Weyland to IRS(?) re delay due to illness | W00089 |
| 1-3 |  | 3/1/91 | Check to IRS | W00090 |
| 1-4 |  | 1996 | social security earnings form | W00182-83 |
| 1-5 |  | 06/23/97 | lf Weyland to PB encl IRS docs they received | W00441 |
| 1-6 |  | 7/9/97 | Power of Attorney | W00452-53 |
| 1-7 |  | 98 (?) | lf Weyland to PB re 1997 Mortgage and tax bill | W00178 |
|  | 17C | 1/8/98 | Invoice | W00194-95 |
| 1-8 |  | 09/17/98 | lf Weyland to PB re inquiring as to tax return | W00177 |

| DX | PX | DATE | DESCRIPTION | BATES |
|---|---|---|---|---|
| 1-9 |  | 6/7/02 | Marshall Islands Registry for Oil Typhoon (issued NYC) | W0221 |
|  | PX9 | 9/6/02 | Social Security Statement | W00344-45 |
| 1-10 |  | 2003 | Transport Docs referencing Tidex | W00220 |
| 1-11 |  | 5/5/03 | Travel itinerary email | W00315 |
| 1-12 |  | 2004 | Transport docs referencing Tidewater | W00218-19, 22 |
| 1-13 |  | 8/25/04 | Tidewater email re: travel Houston/Luanda | W00312-14 |
| 1-14 |  | 5/23/05 | lf IRS acknowledging receipt of 2003 tax return | W00618 |
| 1-15 |  | 8/5/2005 | Complaint and Summons | W00536-41 |
| 1-16 |  | 9/28/85 | lf Zapata re: Zapata Stock Ownership Statement | W00010-11 |
| 1-17 |  | 9/30/85 | Lf Zapata Gulf Marine re: Zapata Corp. Pension | W0007 |
| 1-18 |  | undated | Lf Zapata Gulf Marine re: Merit Bonus Plan | W00014 |
| 1-19 |  | 04/01/89 | lf PB to Weylands encl 1988 tax return and Richard Weyland not a NJ resident | W00129 |
| 1-20 |  | 06/26/89 | lf IRS to Weylands re correction | W00092 |
| 1-21 |  | 12/29/90 | lf Weyland to PB re IRS notice and amounts owed | W00102, 111 |
| 1-22 |  | 3/30/92 | Notice of Refund from IRS for 1990 | W00039 |
| 1-23 |  | 6/1990 | Zapata Gulf Marine Corp. Notice | W00017 |
| 1-24 |  | 11/1/91 | Memo from Zapata Gulf Marine Corp. re: R&S savings | W00018 |
| 1-25 |  | 2/15/93 | Notice Overpaid Tax for 1990 applied to other taxes | W00040 |

| DX | PX | DATE | DESCRIPTION | BATES |
|---|---|---|---|---|
| 1-26 | | 1990 | Zapata Gulf Crews, Inc. Retirement and Savings Benefits Bulletin | W00015-16 |
| 1-27 | | 12/11/91 | Lf Zapata Gulf Marine re: Merit Bonus | W00020 |
| 1-28 | | 6/14/90 | Lf Zapata Gulf Crews re: new pay rate | W00019 |
| 1-29 | | 03/28/92 | lf PB to Weylands encl 1991 tax returns | W00135 |
| 1-30 | | 5/23/94 | Notice of Refund from IRS for 1992 | W00038 |
| 1-31 | | 12/14/92 | Lf Tidewater Inc. re: Savings Plan | W00013 |
| 1-32 | | 9/30/92 | Tidewater Inc/Tidewater Crewing LTD Statement of Multi-National Savings Plan | W00012 |
| 1-33 | | ?/26/93 | Check Stub from Tidewater Inc to Weyland | W0008 |
| 1-34 | | undated | 1099 for recipient of interest income from IRS | W00061 |
| | 6 | 1993 | 1993 Report of Earnings - Tidewater Crewing Limited | W00003-04 |
| 1-35 | | 11/17/93 | Working Agreement | W00329-30 |
| 1-36 | | 04/21/93 | lf R. Smith to officers re long term disability continuance | W00041 |
| 1-37 | | 08/15/94 | lf Weyland to IRS re late notice brochure received | W00494 |
| 1-38 | | 6/28/96 | Invoice for preparing 1993 Return & list of forms | W00034 |
| 1-39 | | 03/17/97 | lf IRS to Weylands re 1993 tax change - amt owed-penalty | W00473-77 |
| 1-40 | | 12/11/96 | lf Birkholz to clients re payment & new laws with Invoice | W00032-33 |
| 1-41 | | 09/25/95 | lf IRS to Weylands re 1993 tax returns not received | W00467-71 |

| DX | PX | DATE | DESCRIPTION | BATES |
|---|---|---|---|---|
| 1-42 |  | 6/28/1996 | lf Birkholz re: 1994 taxes | W00035 |
|  | 7 | 1994 | 1994 Report of Earnings- Tidewater Crewing Limited | W0005 |
| 1-43 |  | undated | lf Weyland to PB re being late and '95-'96 taxes | W00163 |
| 1-44 |  | 03/03/97 | lf IRS to Weylands re 1995 tax returns not received | W00478-80 |
| 1-46 |  | 08/20/97 | lf PB to Weyland re IRS and '92-'96 taxes and collections | W00167-69 |
| 1-47 |  | 07/09/97 | lf Weyland to IRS re 1995 tax returns being prepared | W00454 |
|  | 14 | 10/29/97 | lf Weyland to PB re '95-'96 taxes | W00187 |
| 1-48 |  | undated | lf IRS re: not receiving tax returns for 1995 (enclosures) | W00443-4 |
| 1-49 |  | 2/3/95 | Working Agreement | W00331-32 |
| 1-50 |  | 06/14/95 | Working Agreement between Tidewater and Weyland | W00327-28 |
|  | 8 | 1996 | 1996 Report of Earnings - Tidewater Crewing Limited | W0006 |
| 1-51 |  | 02/09/98 | lf IRS to Weylands re refund owed 1996 | W00110 |
| 1-52 |  | 12/21/98 | lf IRS to Weylands re refund owed | W00051-52 |
| 1-53 |  | 1/28/98 | Form 1099-R showing withheld income tax re: Whitax, Tidewater Inc. New Pension | W00431 |
| 1-54 |  | 4/97 | Tidewater Memo re: Medical Plan premiums | W00021 |
| 1-55 |  | 1/14/98 | lf Birkholz to clients re: appointment, enclosing organizer, engagement letter, etc. with tax organizer | W00362-77 |
| 1-56 |  | 1999 | 1999 Tax Return | W00515-19 |

| DX | PX | DATE | DESCRIPTION | BATES |
|---|---|---|---|---|
| 1-57 | | 11/5/99 | LF Tidewater Marine re: outdated licenses, etc. | W00022 |
| 1-58 | | 10/10/00 | Amended 1999 Tax Return | W00513-14 |
| 1-59 | | 2000 | tax organizer | W00113-24 |
| 1-60 | | 06/25/01 | lf IRS to Weylands re refund owed | W00077-80 |
| 1-61 | | 12/28/00 | lf PB to Weylands re request for data for 2000 taxes & taxpayer stmt to sign; req foreign statement to sign | W00125-126 |
| 1-62 | | 5/3/05 | lf J. Weyland to Birkholz requesting copies of amended returns she filed with IRS for 2000 and 2001 | W00623 |
| | 36 | 2000 | Tax Return 2000 | W00551-80 |
| 1-63 | | 2002 | tax payers statement - unsigned | W00191 |
| | 38 | 2002 | Tax Return 2002 | W00581-93 |
| 1-64 | | 01/03/03 | lf PB to Weyland re request for 2002 tax docs with organizer | W00140-161 |
| 1-65 | | undated | lf Birkholz re tax organizer for 2003 | W00597-617 |
| 1-66 | | 05/30/05 | lf Weyland to KY Revenue to appeal tax penalties for 2003 taxes due to betrayal by Peter Birkholz | W00361 |
| 1-67 | | 05/30/05 | lf Weyland to IRS re delay in 2003 tax returns due to Peter Birkholz | W00360 |
| 1-68 | | 01/04 | lf PB to Weyland re request for 2003 tax docs | W00546-47 |
| 1-69 | | 9/9/04 | lf Weylands to Birkholz asking whether an extension was filed in 2003 | W00622 |
| 1-70 | | 2003 | Tax Return | W00659-65 |
| 1-71 | | 5/30/05 | lf J.Weyland to IRS re: delay of 2003 return | W00624 |
| 1-72 | | 8/3/05 | lf IRS re 5/30/2005 ltr; remove | W00628-29 |

| DX | PX | DATE | DESCRIPTION | BATES |
|---|---|---|---|---|
|  |  |  | failure to file penalties for 2003 |  |
| 1-73 |  | 2003 | 2003 Tax Organizer - 1 page | W00520 |
| 1-74 |  | 1/15/05 | lf J. Hannifan, CPA re: preparation of 2004 tax return & Hannifan's tax organizer | W00378-88 |
| 1-75 |  | 1/15/05 | lf Hannifan re: Letter of Understanding | W00389 |
| 1-76 |  | 2004 | Tax Return | W00648-58 |
| 1-77 |  | 2005 | Withholding Allowance Certificate | W00333-34 |
| 1-78 |  | 2005 | Tax Return | W00636-47 |

2. Documents Produced by Tidewater, Inc. pursuant to subpoena (Bates Stamp T00001 - T00226) (Any additional documents produced by Tidewater will be added to this exhibit)

| DX | PX | DATE | DESCRIPTION | BATES |
|---|---|---|---|---|
| 2-1 |  | 06-21-06 | LF Taylor to Johnson, re: Subpoenaed documents from Tidewater | T00001 |
| 2-2 |  | 06-21-06 | **Tidewater Corporate Structure Letter** | **T00002-03** |
| 2-3 |  | 08-15-92 - 06-15-06 | Master Seatime Report | T00026-33 |
| 2-4 |  |  | C.V. | T00074-75 |
| 2-5 |  | 05-26-93 | Airline Receipt | T00219-220 |
| 2-6 |  | 05-26-93 | Working Agreement | T00223-24 |
| 2-7 |  | 12-16-92 | Airline Receipt | T00225 |
| 2-8 |  | 12-14-77 | Zapata Pre-Employment Physical Exam Zapata | T00037 |
| 2-9 |  | 04-16-85 | Group Insurance Enrollment Form | T00039-40 |

| DX | PX | DATE | DESCRIPTION | BATES |
|---|---|---|---|---|
| 2-10 | | 04-20-94 | LT Angola Embassy from Lewis re Weyland Visa Entrance | T00085 |
| 2-11 | | 05-18-94 | LT Lewis from Weyland re Acceptance of Position in Nigeria | T00078 |
| 2-12 | | 05-18-94 | LT Nigerian Embassy from Lewis re Weyland Visa Entrance | T00076 |
| 2-13 | | 05-18-94 | LT Weyland from Lewis re Employment Offer in Nigeria | T00077 |
| 2-14 | | 04-12-94 | LT Ackley from Mays re Weyland's Angola Visa | T00208 |
| 2-15 | | 04-12-94 | LF Lewis re Weyland Visa Application | T00179 |
| 2-16 | | 04-20-94 | LF Mays re Visa Application and Weyland Transfer | T00173-78 |
| 2-17 | | 05-18-94 | LF Mays re Visa Application Forms | T00168 |
| 2-18 | | 06-02-94 | Working Agreement | T00165-66 |
| 2-19 | | 06-03-94 | Airline Receipt | T00164 |
| 2-20 | | 07-01-94 | Inter-Office Memo re Bonus Entitlement | T00160 |
| 2-21 | | 12-12-94 | Fax re contact info | T00159 |
| 2-22 | | 07-01-94 | LT Lewis from Weyland re Change of Address | T00163 |
| 2-23 | | 11-07-95 | Fax from Mays re Weyland Return Confirmation | T00148 |
| 2-24 | | 11-16-95 | Working Agreement | T00145-47 |
| 2-25 | | 11-15-95 | Flight E-Ticket | T00144 |
| 2-26 | | 10-01-95 | Action Form Pay Rate Increase | T00143 |
| 2-27 | | 10-29-96 | LT Tidewater from Weyland re Sea Time for New Z-Card and License Renewal | T00139 |
| 2-28 | | 04-08-99 | Loan Verification of Employment | T00122-26 |

| DX | PX | DATE | DESCRIPTION | BATES |
|---|---|---|---|---|
| 2-29 | | 10/7/99 | lf R Weyland to Buffy at Amelia re address | T00119 |
| 2-30 | | 11/5/99 | Tidewater Correspondence re File Update | T00118 |
| 2-31 | | 04-21-99 | Training Receipt | T00121 |
| 2-32 | | 04-16-99 | Flight E-Ticket | T00127-28 |
| 2-33 | | 6/9/00 | Correspondence re File Update | T00115 |
| 2-34 | | 2/2/00 | Correspondence re File Update | T00116 |
| 2-35 | | 07-27-01 | Training Receipt | T00103 |
| 2-36 | | 2001 | Training Receipts | T00107-12 |
| 2-37 | | 11-26-02 | Emergency Contact | T00102 |
| 2-38 | | 02-05-03 | Working Agreement | T0098-99 |
| 2-39 | | 06-01-04 | Working Agreement | T0091-92 |
| 2-40 | | 12-16-03 | Working Agreement | T0093-94 |
| 2-41 | | 07-23-05 | Working Agreement | T0088-89 |

3.   1988 Birkholz File (Bates Stamp 912-67)

| DX | PX | DATE | DESCRIPTION | BATES |
|---|---|---|---|---|
| 3-1 | | 12/30/88 | lf P. Birholz to Weylands with 1988 income tax organizer and checklist | PB00929-47 |
| 3-2 | | 2/2/89 | lf P. Birkholz re: tax preparation and review of same | PB00921 |
| 3-3 | | 2/2/89 | draft US Tax Return | PB00922-28 |
| 3-4 | | | undated internal Birkholz note sheet on Weyland account | PB00962 |
| 3-5 | | | undated lf Weylands to Birkholz re info for completion of Form 2555 | PB00950 |
| 3-6 | 20 | 4/1/89 | lf Birkholz to Weylands re completion of 1988 returns | PB00967 |

| DX | PX | DATE | DESCRIPTION | BATES |
|---|---|---|---|---|
| 3-7 | 19 | 4/1/89 | US Tax Return | PB00912-20 |
|  | 17 |  | 12/1/87 through 11/1/88 bills from Birkholz to Weylands | PB00956-61 |
|  | 17 | 4/3/89 | bill from Birkholz to Weylands for prep of '87 taxes | PB00966 |
| 3-8 |  | 6/26/89 | lf IRS to Weylands re correction notice on refunds due to taxpayers on 1040 | PB00948 |

4.     1989 Birkholz File (Bates Stamp 869-911)

| DX | PX | DATE | DESCRIPTION | BATES |
|---|---|---|---|---|
| 4-1 |  | 5/8/90 | lf Weyland to Birkholz re return from Nigeria and 1989 tax prep spreadsheet | PB00869 |
|  | 17 | 10/9/90 | invoice from Birkholz to Weylands for prep of '89 returns | PB00870 |
| 4-2 |  | 10/9/90 | lf Birkholz to Weylands enclosing completed 1989 tax returns | PB00872 |
| 4-3 | 22 | 10/9/90 | federal income tax returns for both Weylands | PB00879-87 |
| 4-4 | 22 | 8/14/90 | Application for extension of time to file taxes | PB00888 |
| 4-5 | 22 | 4/?/90 | Application for automatic extension of time | PB00889 |
| 4-6 | 22 |  | hand-prepared copy of 1989 form 2555 for Foreign Earned Income | PB00907-08 |

5.     1990 Birkholz File (Bates Stamp 804-869)

| DX | PX | DATE | DESCRIPTION | BATES |
|---|---|---|---|---|
| 5-1 |  | 6/21/91 | lf Birkholz to Weylands re federal individual returns for 1990 | PB00873 |
| 5-2 |  | 3/30/92 | lf IRS to Weylands re 1040 refund | PB00804 |

| DX | PX | DATE | DESCRIPTION | BATES |
|---|---|---|---|---|
| | | | correction notice and copy of check | |
| 5-3 | | 4/29/02 | lf J Weyland to Birkholz re copies of docs from IRS | PB00806 |
| 5-4 | | | hand completed foreign earned income statement for 1990 | PB00814-15 |
| 5-5 | | | Foreign Tax Credit, 1990 | PB00816 |
| 5-6 | | 5/4/92 | lf Birkholz to Weylands re correct amount of 1990 return | PB00819 |
| | 17 | 10/1/91 | invoice from Birkholz to Weylands for tax prep | PB00823 |
| 5-7 | 23 | | 1990 US Tax Returns | PB00824-33 |
| 5-8 | | 8/8/91 | Application for Additional Extension of time to file | PB00834 |
| 5-9 | | 4/15/91 | Application for Automatic Extension of time to file | PB00835 |
| 5-10 | | undated | lf Weyland to IRS re delay in filing taxes | PB00837 |
| 5-11 | | 2/14/91 | lf IRS to Weylands re tax still owed and outstanding | PB00839-40 |
| | 17 | | 6/15/90 to 3/9/91 invoices from Birkholz to Weylands for tax prep | PB00842-47 |
| 5-12 | | | Tax Questionnaire, completed by Weylands | PB00848 |
| 5-13 | | | 1990 Income Tax Organizer prepared by Birkholz for Weylands with questionnaire completed by Weylands | PB00854-68 |

6.     1991 Birkholz File (Bates Stamp 762-803)

| DX | PX | DATE | DESCRIPTION | BATES |
|---|---|---|---|---|
| 6-1 | | 2/8/92 | lf R Weyland to Birkholz re info for 1991 returns in form of returns | PB00771 |

| DX | PX | DATE | DESCRIPTION | BATES |
|---|---|---|---|---|
| 6-2 | | | Draft tax returns | PB00761-70 |
| 6-3 | | | Foreign Earned Income, hand completed | PB00772-74 |
| | 25 | 3/28/92 | 1991 Federal Income tax return | PB00775-82 |
| | 17 | | 5/24/91 to 12/8/91 Invoices from Birkholz to Weylands for tax services | PB00788-92 |
| 6-4 | | 2/24/93 | lf J Weyland to Birkholz re letters from IRS | PB00793 |
| | 17 | | Birkholz billing info on Weylands for 1991 | PB00794-95 |
| 6-5 | | 3/28/92 | lf Birkholz to Weylands enclosing tax info for 1991 for their signature | PB00796-803 |

7.  1992 Birkholz File (Bates Stamp 706-760)

| DX | PX | DATE | DESCRIPTION | BATES |
|---|---|---|---|---|
| 7-1 | | 3/3/93 | lf Birkholz to J Weyland re lf IRS | PB00706 |
| | 17 | | 8/17 to 11/19/92 Invoices from Birkholz to Weylands | PB00707-08, 13-15 |
| 7-2 | | | Draft of Foreign Earned Income | PB00709-11 |
| 7-3 | | | Client intake sheet of Birkholz and invoices to the Weylands | PB00712 |
| 7-4 | | 10/8/93 | lf R Weyland to Birkholz re corrected returns | PB00716 |
| 7-6 | 4 | 5/25/93 | lf R Weyland to Birkholz enclosing tax info for '92 | PB00717-19 |
| 7-7 | 17 | 1/26/94 | lf Birkholz to Weyland re tax returns for '92 and billing info | PB00740-41 |
| 7-8 | 26 | 1/26/94 | 1992 Joint federal individual income tax return | PB00720-39 |
| 7-9 | | 12/4/93 | lf Weyland to W Birkholz re requested tax info for 92 returns | PB00742-44 |

| DX | PX | DATE | DESCRIPTION | BATES |
|---|---|---|---|---|
| 7-10 | | 11/3/93 | lf W Birkholz to Weyland requesting more info on 92 taxes | PB00745-46 |
| 7-11 | | | 1992 Tax payments worksheet and joint 1040 | PB00747-60 |

8.    1993 Birkholz File (Bates Stamp 653-705)

| DX | PX | DATE | DESCRIPTION | BATES |
|---|---|---|---|---|
| 8-1 | 27 | | Tax client questionnaire completed by Weyland, and 1993 client tax organizer | PB00655-73 |
| 8-2 | | 7/31/94 | lf J Weyland to Birkholz re IRS brochure | PB00674 |
| 8-3 | | 8/15/94 | lf Birkholz to Weyland with a ltr for her to send to the IRS for info | PB00675-76 |
| 8-4 | | 3/25/94 | lf Birkholz to J Weyland re tax due dates | PB00678 |
| 8-5 | | undated | 1993 application for automatic extension of time to file federal taxes | PB00679 |
| 8-6 | | 4/23/97 | lf J Weyland to Birkholz re letters from IRS | PB00681 |
| 8-7 | | 6/19/96 | Joint federal individual income tax return | PB00682-700 |
| 8-8 | | 5/14/96 | lf Birkholz to Weyland re 93 and 94 returns | PB00701 |
| | 17 | 4/3/96 | invoice from Birkholz to Weyland | PB00702 |
| 8-9 | | 10/25/95 | lf Birkholz to Weylands re 92-94 returns | PB00703 |

9.    1994 Birkholz File (Bates Stamp 598-652)

| DX | PX | DATE | DESCRIPTION | BATES |
|---|---|---|---|---|
| | 17 | | Bill for '94 returns | PB00598 |

| DX | PX | DATE | DESCRIPTION | BATES |
|---|---|---|---|---|
| 9-1 |  | 6/28/96 | lf Birkholz to Weylands re 94 fed tax return | PB00614 |
|  | 28 | 6/28/96 | 1994 joint US returns | PB00599-613 |
| 9-2 |  | 8/15/95 | Application for additional extension of time to file | PB00619 |
|  | 17 |  | 12/1/94 Birkholz bill for services | PB00628 |
| 9-3 |  |  | 1994 Birkholz tax organizer completed by Weylands | PB00629-52 |

10.    1995 Birkholz File (Bates Stamp 517-597)

| DX | PX | DATE | DESCRIPTION | BATES |
|---|---|---|---|---|
| 10-1 |  | undated | lf R Weyland to Birkholz re outstanding tax liability | PB00517 |
| 10-2 |  | 6/10/97 | lf Birkholz to Weyland re taxes owed 93 | PB00518 |
|  | 30 |  | 1995 Federal Tax Returns | PB00519-31 |
| 10-3 |  | 8/22/97 | lf J Weyland to Birkholz re tax issues | PB00534 |
| 10-4 |  | 8/19/97 | lf J Weyland to Birkholz re tax issues | PB00535 |
| 10-5 |  | 8/19/97 | fax from Birkholz to J Fuller at IRS with Weyland power of attorney | PB00536-38 |
| 10-6 |  | 7/9/97 | lf Weylands to IRS re 95 1040 with checks enclosed | PB00539-41 |
| 10-7 |  | 8/11/97 | fax from J Weyland to Birkholz re IRS notice re failure to file 95 returns | PB00544-45 |
| 10-8 |  | 6/25/97 | lf J Weyland to Birkholz re overpayment/underpayment penalties on estimated taxes; | PB005511995 |
| 10-9 |  | 7/9/97 | lf J. Weyland re: documents she sent the day before | PB00552 |
| 10-10 |  | 7/8/97 | lf J.Weyland re: Notice of failure to receive return for 1995 | PB0056-57 |

| DX | PX | DATE | DESCRIPTION | BATES |
|---|---|---|---|---|
| 10-11 | | 7/7/97 | lf IRS re overdue 1995 tax return | PB00558-60 |
| 10-12 | | 6/24/97 | lf J. Weyland re: request for telephone call re IRS communication | PB00568 |
| 10-13 | | 6/23/97 | lf J. Weyland enclosing communications from IRS | PB00569 |
| 10-14 | | 6/10/97 | lf J.Weyland re: application of overpayment | PB00570-71 |
| | 17 | 9/2/95 | invoice | PB00572 |
| 10-15 | | 6/9/97 | lf J. Weyland re: faxing duplicate of IRS communication re: change to 1993 tax return | PB00575 |
| 10-16 | | 6/7/97 | lf J. Weyland requesting advice re:IRS correspondence | PB00582 |
| 10-17 | | 3/3/97 | Request for 1995 tax return | PB00584 |
| 10-18 | | | telephone call messages from J. Weyland | PB00585 |

11.    1996 Birkholz File (Bates Stamp 390-409, 465-516)

| DX | PX | DATE | DESCRIPTION | BATES |
|---|---|---|---|---|
| 11-1 | | 2/9/98 | lf IRS re change to 1996 tax return - refund | PB00401-02 |
| 11-2 | | 11/14/97 | SSA Personal Earnings and Benefits Statement | PB00406-07 |
| 11-3 | | undated | lf J. Weyland re: enclosing IRS ltr | PB00409 |
| 11-4 | | 10/14/97 | lf Birkholz enclosing 1996 Return | PB00465 |
| | 17 | 10/14/97 | Invoice 1997 | PB00467 |
| | 31 | 10/14/97 | 1996 Tax Return | PB00468-80 |
| 11-5 | | | undated lf J. Weyland re: IRS is wrong | PB00481 |
| 11-6 | | | Mutual Fund Statement - IRA | PB00485-86 |
| 11-7 | | 3/3/97 | lf IRS re: Request for 1995 tax return | PB00493-94 |

14

| DX | PX | DATE | DESCRIPTION | BATES |
|---|---|---|---|---|
|  | 17 | 12/11/96 | Invoice | PB00496 |
| 11-8 |  | 12/9/97 | lf J. Weyland requesting explanation of amount owed to IRS | PB00497 |
| 11-9 |  |  | 1996 Summary of Incomes | PB00499 |
| 11-10 |  |  | 1995 Summary of Incomes | PB00509 |

12.   1997 Birkholz File (Bates Stamp 410-464)

| DX | PX | DATE | DESCRIPTION | BATES |
|---|---|---|---|---|
| 12-1 |  | 12/18/97 | lf J. Weyland re: copies of statement | PB00416-19 |
|  | 17 | 10/28/98 | Invoice | PB00430-31 |
| 12-2 |  | 1/28/98 | 1099 from Whitax Tidewater Inc. New Pension for 1997 | PB00432 |
| 12-3 |  | undated | lf J. Weyland re mortgage interest | PB00433 |
| 12-4 |  | 10/27/98 | lf J. Weyland re whether last year's returns are ready | PB00434 |
|  | 32 | undated | Application for Automatic Extension 1997 | PB00447 |
|  | 32 | 10/28/98 | 1997 Tax Return | PB00436-46, 48-56 |

13.   1998 Birkholz File (Bates Stamp 370-89, 393-97)

| DX | PX | DATE | DESCRIPTION | BATES |
|---|---|---|---|---|
| 13-1 |  | 5/6/98 | lf J. Weyland re: enclosing late check | PB00370 |
| 13-2 |  | 10/10/00 | lf Birkholz enclosing 1998 return | PB00372 |
|  | 33 | 10/10/00 | 1998 Tax Return | PB00376-85 |

14.   1999 Birkholz File (Bates Stamp 295-369)

| DX | PX | DATE | DESCRIPTION | BATES |
|---|---|---|---|---|
| 14-1 | 35 | 10/10/00 | 1999 Tax Return | PB00312-34 |

| DX | PX | DATE | DESCRIPTION | BATES |
|---|---|---|---|---|
| 14-2 | | 10/10/00 | lf Birkholz enclosing 1999 Return | PB00339 |
| 14-3 | 34 | | Amended 1999 Return | PB00340-41 |
| 14-4 | | 2/28/00 | lf J. Weyland re appt sometime this year | PB00360 |
| | 17 | 10/14/00 | Invoice | PB00362 |
| 14-5 | | 4/12/00 | lf Weyland re: change of address and forms | PB00364 |
| 14-6 | | | Automatic Extension request | PB00369 |

15. 2000 Birkholz File (Bates Stamp 187-294)

| DX | PX | DATE | DESCRIPTION | BATES |
|---|---|---|---|---|
| 15-1 | | 4/2/01 | lf Birkholz encl. 2000 return | PB00189 |
| 15-2 | | | 1040 Control for 2000 handwritten notes | PB00198 |
| 15-3 | | 5/24/01 | lf Birkholz to Ky re: net operating loss/addl info | PB00201 |
| 15-4 | | 4/11/01 | lf J. Weyland re: IRA, quarterly payment | PB00202 |
| 15-5 | | undated | Spreadsheet re income amount | PB00212 |
| 15-6 | | 5/24/01 | lf Birkholz re: issue of foreign residence | PB00222-32 |
| 15-7 | | | 2000 Return - "REVIEWED" - incl KY | PB00233- 56 |
| 15-8 | | 9/21/01 | lf Birkholz to IRS re: correcting application of payment to 2001 that should've gone to 2000 | PB00266 |
| 15-9 | | 6/14/01 | lf IRS re: application of Payment | PB00267 |
| 15-10 | | 4/2/01 | 2000 Tax Return | PB00283-94 |

16. 2001 Birkholz File (Bates Stamp 129-86)

| DX | PX | DATE | DESCRIPTION | BATES |
|---|---|---|---|---|
| 16-1 | | 3/18/02 | 2001 Organizer as prepared by Weylands | PB00130-48 |
| 16-2 | | | Spreadsheet re R Weyland income | PB00155 |
| 16-3 | | | 8/21/2002 lf Birkholz encl 2001 Return | PB00166 |
| 16-4 | | | 2001 Application for Automatic Extension | PB00172 |
| | 37 | | 2001 Tax Return (File Copy) | PB00170-83 |

17.  2002 Birkholz File (Bates Stamp 044-128)

| DX | PX | DATE | DESCRIPTION | BATES |
|---|---|---|---|---|
| 17-1 | | | Application for Automatic Extension 2002 | PB00044 |
| | 17 | 10/7/03 | lf Birkholz encl 2002 return and fee summary | PB00046-47 |
| | 38 | 10/7/03 | 2002 Federal Return | PB00052-67 |
| 17-2 | | | REVIEWED 2002 Return (with Handwritten Notes) | PB00079-95 |
| | 17 | 10/7/03 | lf Birkholz enclosing 2002 Return | PB00104-05 |
| 17-3 | | | Control Form | PB00108 |

18.  2003 Birkholz File (Bates Stamp 001-043)

| DX | PX | DATE | DESCRIPTION | BATES |
|---|---|---|---|---|
| | 14 | 8/8/03 | lf Birkholz re: status change | PB00 01-02 |
| 18-1 | | 9/7/04 | lf Birkholz | PB0003-04 |
| 18-2 | | | Email correspondence between Birkholz and Smith 9/7/2004-9/14/2004 | PB0006-08 |
| 18-3 | | | Email from Birkholz to Smith re: IRS Deadline, request help 9/7/2004 | PB0009 |

| DX | PX | DATE | DESCRIPTION | BATES |
|---|---|---|---|---|
| 18-4 | | | Email correspondence between Birkholz and Smith 9/7- 9/10/2004 | PB00010-11 |
| 18-5 | | | Email corr. between Birkholz and Smith 9/7-9/9/2004 | PB00012 |
| 18-6 | | 8/4/04 | email correspondence between Birkholz and Smith re: POA, affidavit, contact with IRS for 1999 issue | PB00015 |
| 18-7 | | 8/5/04 | lf Birkholz to IRS (Cindy) re: 1999 issue and outstanding documentation | PB00016 |
| 18-8 | | 8/4/04 | lf Smith re: why Weyland exempt | PB00017-20 |
| | 17 | 8/13/04 | Invoice | PB00028 |
| 18-9 | | 8/4/04 | handwritten notes re: Jeff Smith | PB00029 |
| 18-10 | | 8/4/04 | lf Birkholz to Smith - not sent | PB00030 |
| 18-11 | | | Email correspondence between Birkholz and Smith; 9/7/2004-9/14/2004 | PB00031-35 |

19.   Letter requesting information with release from IRS (subject to ruling on motions in limine)

20.   Notice of Deposition and Subpoena of Tidewater, Inc.

21.   Tax Court opinion in Briant v. Commisioner, 1982 Tax Ct. Memo LEXIS 340 (Avowal)

22.   Expert Report of Calvin D. Cranfill (impeachment)

23.   Government Publication entitled "Understanding the Benefits" (subject to ruling on motions in limine)

24.   Social Security Benefit calculator and printouts of calculator results for the Weylands where various assumptions are made based on the proof as to the amount of

benefits that would flow from different levels of contribution to the fund, adjusted for Supplemental Cranfil report.

25. CPI calculator and tables showing values of social security taxes paid in 2007 dollars. Similar tables may be prepared for different interest rates depending on the Court's rulings and the facts adduced at trial, adjusted for Supplemental Cranfil report.

26. Center for Disease Control Life Expectancy Table

27. Committee Report on PL 98-21 (Avowal)

28. CCH-EXP Section 32,543,025 Tax on self-employment income (Avowal)

29. IRS Instructions on Self-Employment Tax (Avowal)

30. Internal Revenue Code Sec. 6017 (Avowal)

31. Sec. 1402 (a) Net earnings from self-employment Definition (Avowal)

32. Sec. 1402 (c) Trade or Business Definition (Avowal)

33. Sec. 1402 (c)(2) Performance of service (Avowal)

34. Sec. 1402 (d) Employee and Wages Definition (Avowal)

35. Internal Revenue Code Abbreviated Table of Contents (Avowal)

36. Any documents identified by the Plaintiffs in their Exhibit List

37. Any documents discussed or appended to any depositions, whether discovery or evidentiary

38. The Defendants reserve the right to add documents to rebut the opinions of Mr. Cranfill based on his discovery testimony, particularly but not limited to the measure of damages and appropriate interest rates.

39. The Defendants also reserve the right have blow-ups prepared relating to any of the exhibits as well as charts showing timelines or tables organizing the information in

the exhibits or testimony relating thereto. Before trial any additional blow-ups or charts will be provided to the Plaintiffs for review and, if appropriate, objection.

>BOEHL STOPHER & GRAVES LLP
>444 West Second Street
>Lexington, KY 40507
>Tel: (859) 252-6721
>Fax: (859) 253-1445
>
>BY: /s/ Ronald L. Green
>    RONALD L. GREEN
>    ATTORNEYS FOR THE DEFENDANTS,
>    BIRKHOLZ & COMPANY

## CERTIFICATE OF SERVICE

I hereby certify on January 7, 2008, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

>David Royse
>Stoll Keenon Ogden
>300 West Vine Street
>Suite 2100
>Lexington, KY 40507
>david.royse@skofirm.com
>
>BY: /s/ Ronald L. Green
>    RONALD L. GREEN