UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON
CIVIL ACTION NO. 05-375-JBC

*ELECTRONICALLY FILED*

RICHARD WEYLAND and
JENNIFER WEYLAND,                                                                PLAINTIFFS

V.          **PLAINTIFFS' SUBMISSION PER THE COURT'S RULING**

PETER BIRKHOLZ and
BIRKHOLZ AND COMPANY,                                                      DEFENDANTS.

\* \* \* \* \* \*

Pursuant to the Court's Order directing the parties to submit authorities regarding the admissibility of evidence of potential Social Security benefits and the application of the Collateral Source Rule to any such evidence (DE 104, ¶ 3), Plaintiffs refer to and incorporate herein their Memorandum of Law Regarding Offset of Potential Social Security Benefits, filed in this matter on June 5, 2007 (DE 81). Plaintiffs have reviewed their Memorandum of Law and have not identified any additional authorities they believe the Court would find pertinent at this time.

Respectfully submitted,

David T. Royse
Lynn Sowards
STOLL KEENON OGDEN PLLC
300 West Vine Street, Suite 2100
Lexington, KY 40507
Ph. (859)231-3000
Fax (859)253-1093

/s/ David T. Royse_____
COUNSEL FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

      This is to certify that this Notice has been electronically filed on this 11th day of January, 2008, with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to Hon. Ronald L. Green, Boehl, Stopher & Graves, 444 West Second Street, Lexington, KY 40507.

                                        /s/ David T. Royse
                                        COUNSEL FOR PLAINTIFFS