Eastern District of Kentucky
FILED
APR 14 2008
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

RICHARD WEYLAND AND
JENNIFER WEYLAND                                                    PLAINTIFFS

VS.        **AGREED ORDER OF DISMISSAL WITH PREJUDICE**        NO. 05-375-JBC

PETER BIRKHOLZ AND BIRKHOLZ &
COMPANY                                                             DEFENDANTS

************

As evidenced by the signatures below, Plaintiffs, Richard and Jennifer Weyland, and Defendants, Peter Birkholz and Birkholz and Company, have reached a settlement as to all claims asserted against Peter Birkholz and Birkholz and Company in this action. In order to confirm the terms of that settlement, the parties have entered into a release. As provided in that release, counsel now tenders for filing an agreed order of dismissal.

Being so advised, **IT IS HEREBY ORDERED**:

1. That the complaint as well as all claims of Plaintiffs, Richard and Jennifer Weyland, against Defendants, Peter Birkholz and Birkholz and Company, that have been or could have been asserted in the above civil action as a result of the subject accident be and hereby are **DISMISSED WITH PREJUDICE** as settled.

2. That pursuant to their agreement, the parties are to bear their respective costs.

Dated the 14th day of April, 2008.

Jennifer B. Coffman
JENNIFER B. COFFMAN, CHIEF JUDGE
U.S. DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

SEEN AND AGREED TO:

_____
Ronald L. Green, Esq.
BOEHL, STOPHER & GRAVES
444 West Second Street
Lexington, Kentucky 40507
COUNSEL FOR DEFENDANTS


_____
David T. Royse, Esq.
STOLL KEENON OGDEN PLLC
300 West Vine Street
Suite 2100
Lexington, Kentucky 40507
COUNSEL FOR PLAINTIFFS