≊AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN  DISTRICT OF  KENTUCKY

RICHARD WEYLAND

V.

PETER BIRKHOLZ

**EXHIBIT AND WITNESS LIST**

Case Number: 5:05-CV-375-JBC

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Jennifer B. Coffman | David Royse - Teresa Lynn Sowards | Ronald Green - Ann Cook |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 1/14/2008 - 1/16/2008 | Peggy Weber | Diana Megee |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 |  | 1/14/08 | X | X | Zapata Gulf Crews Earning Register (85-92) |
| 2 |  | 1/14/08 | X | X | Tidewater Crewing Payroll History (92-93) |
| 3 |  | 1/14/08 | X | X | Tidewater Crewing Payroll History (93-06) |
| 4 |  | 1/14/08 | X | X | 1992 Zapata Gulf Crews Report of Earnings |
| 5 |  | 1/14/08 | X | X | 1992 Tidewater Crewing Report of Earnings |
| 6 |  | 1/14/08 | X | X | 1993 Tidewater Crewing Report of Earnings |
| 7 |  | 1/14/08 | X | X | 1994 Tidewater Crewing Report of Earnings |
| 8 |  | 1/14/08 | X | X | 1996 Tidewater Crewing Report of Earnings |
| 9 |  | 1/14/08 | X | X | 2001 Social Security Statement |
| 10 |  | 1/14/08 | X | X | 2002 Social Security Statement |
| 11 |  | 1/14/08 | X | X | Notebook of Payroll Stubs Maintained by Weylands |
| 12 |  | 1/14/08 | X | X | Zapata Gulf Crews Earnings Register and Exemplar Pay stubs 1986-1992 |
| 13 |  | 1/14/08 | X | X | Tidewater Crewing Exemplar Pay stubs (92-03) |
| 14 |  | 1/14/08 | X | X | 10/29/07 J. Weyland Letter |
| 15 |  | 1/14/08 | X | X | 8/8/03 Birkholz letter |
| 16 |  | 1/14/08 | X | X | IRS Correspondence |
| 17 |  | 1/14/08 | X | X | Miscellaneous Invoices (20) |
| 18 |  | 1/14/08 | X | X | 1987 Tax Return |
| 19 |  | 1/14/08 | X | X | 1988 Tax Return |
| 20 |  | 1/14/08 | X | X | 1988 Richard Time Overseas |
| 21 |  | 1/14/08 | X | X | 1988 Birkholz Notes |
| 22 |  | 1/14/08 | X | X | 1989 Tax Returns |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | WEYLAND | | vs. | | BIRKHOLZ | CASE NO. 5:05-CV-375-JBC |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
|---|---|---|---|---|---|---|
| 23 | | 1/14/08 | X | X | 1990 Tax Return | |
| 24 | | 1/14/08 | X | X | 1990 Amended Return | |
| 25 | | 1/14/08 | X | X | 1991 Tax Return | |
| 26 | | 1/14/08 | X | X | 1992 Tax Return | |
| 27 | | 1/14/08 | X | X | 1993 Tax Return | |
| 28 | | 1/14/08 | X | X | 1994 Tax Return | |
| 29 | | 1/14/08 | X | X | 1994 Richard Time Overseas | |
| 30 | | 1/14/08 | X | X | 1995 Tax Return | |
| 31 | | 1/14/08 | X | X | 1996 Tax Return | |
| 32 | | 1/14/08 | X | X | 1997 Tax Return | |
| 33 | | 1/14/08 | X | X | 1998 Tax Return | |
| 34 | | 1/14/08 | X | X | 1999 Amended Return | |
| 35 | | 1/14/08 | X | X | 1999 Tax Return | |
| 36 | | 1/14/08 | X | X | 2000 Tax Return | |
| 37 | | 1/14/08 | X | X | 2001 Tax Return | |
| 38 | | 1/14/08 | X | X | 2002 Tax Return | |
| 39 | | 1/14/08 | X | X | [39-1 through 39-24] Exhibits to video deposition of Marinus Quist | |
| | 1-1 | 1/14/08 | X | X | Daily Marine Report for Oil Typhoon | |
| | 1-2 | 1/14/08 | X | X | Letter from J. Weyland to IRS re delay due to illness | |
| | 1-3 | 1/14/08 | X | X | 3/1/91 check to IRS | |
| | 1-4 | 1/14/08 | X | X | 1996 Social Security earnings form | |
| | 1-5 | 1/14/08 | X | X | 6/23/97 letter from Weyland to PB | |
| | 1-6 | 1/14/08 | X | X | Power of Attorney | |
| | 1-7 | 1/14/08 | X | X | Letter from Weyland to PB re 1997 mortgage and tax bill | |
| | 1-8 | 1/14/08 | X | X | Letter from Weyland to PB inquiring as to tax return | |
| | 1-9 | 1/14/08 | X | X | 6/7/02 Marshall Islands Registry for Oil Typhoon | |
| | 1-10 | 1/14/08 | X | X | 2003 Transport documents | |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| WEYLAND | | | vs. | | BIRKHOLZ | CASE NO. 5:05-CV-375-JBC |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
|  | 1-11 | 1/14/08 | X | X | Travel itinerary email | |
|  | 1-12 | 1/14/08 | X | X | 2004a Transport documents referencing Tidewater | |
|  | 1-13 | 1/14/08 | X | X | 8/25/04 Tidewater e-mail re travel | |
|  | 1-14 | 1/14/08 | X | X | 5/23/05 Letter from IRS | |
|  | 1-15 | 1/14/08 | X | X | Complaint and Summons | |
|  | 1-16 | 1/14/08 | X | X | 9/28/85 Letter from Zapata | |
|  | 1-17 | 1/14/08 | X | X | 9/30/85 Letter from Zapata Gulf Marine | |
|  | 1-18 | 1/14/08 | X | X | Letter from Zapata Marine re Merit Bonus Plan | |
|  | 1-19 | 1/14/08 | X | X | 4/1/89 Letter from PB to Weyland | |
|  | 1-20 | 1/14/08 | X | X | 6/26/89 Letter from IRS to Weylands | |
|  | 1-21 | 1/14/08 | X | X | 12/29/90 letter from Weyland to PB | |
|  | 1-22 | 1/14/08 | X | X | 3/30/92 Notice of Refund | |
|  | 1-23 | 1/14/08 | X | X | 6/1990 Zapata Gulf Marine Notice | |
|  | 1-24 | 1/14/08 | X | X | 11/1/91 Memo | |
|  | 1-25 | 1/14/08 | X | X | 2/15/93 Notice Overpaid Tax for 1990 | |
|  | 1-26 | 1/14/08 | X | X | 1990 Zapata Gulf Crews Retirement and Savings Benefit Bulletin | |
|  | 1-27 | 1/14/08 | X | X | 12/11/91 Letter from Zapata re Merit Bonus | |
|  | 1-28 | 1/14/08 | X | X | 6/14/90 letter from Zapata re new pay rate | |
|  | 1-29 | 1/14/08 | X | X | 3/28/92 letter from PB to Weylands | |
|  | 1-30 | 1/14/08 | X | X | 5/23/94 Notice of Refund | |
|  | 1-31 | 1/14/08 | X | X | 12/14/92 letter from Tidewater re savings plan | |
|  | 1-32 | 1/14/08 | X | X | 9/30/92 LTD Statement of Multi-National Savings Plan | |
|  | 1-33 | 1/14/08 | X | X | Check stub | |
|  | 1-34 | 1/14/08 | X | X | 1099 for receipt of interest | |
|  | 1-35 | 1/14/08 | X | X | 11/17/93 Working Agreement | |
|  | 1-36 | 1/14/08 | X | X | 4/21/93 letter re long term disability continuance | |
|  | 1-37 | 1/14/08 | X | X | 8/15/94 letter from Weyland are late notice | |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | WEYLAND vs. BIRKHOLZ | | CASE NO. 5:05-CV-375-JBC | |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | 1-38 | 1/14/08 | X | X | 6/28/96 Invoice for preparing 1993 return |
| | 1-39 | 1/14/08 | X | X | 3/17/97 letter from IRS |
| | 1-40 | 1/14/08 | X | X | 12/11/96 letter from Birkholz are payment and new laws with invoice |
| | 1-41 | 1/14/08 | X | X | 9/25/95 letter from IRS re 1993 tax returns not received |
| | 1-42 | 1/14/08 | X | X | 6/28/96 letter from Birkholz re 1994 taxes |
| | 1-43 | 1/14/08 | X | X | Letter from Weyland to PB re being late and 1995-96 taxes |
| | 1-44 | 1/14/08 | X | X | 3/3/97 letter from IRS to Weylands |
| | 1-45 | 1/14/08 | | X | Exhibit not found with original exhibits provided to the Court - location unknown |
| | 1-46 | 1/14/08 | X | X | 8/20/97 letter from PB to Weyland |
| | 1-47 | 1/14/08 | X | X | 7/9/97 letter from Weyland to IRS |
| | 1-48 | 1/14/08 | X | X | Undated letter from IRS re not receiving tax returns for 1995 |
| | 1-49 | 1/14/08 | X | X | 2/3/95 Working Agreement |
| | 1-50 | 1/14/08 | X | X | 6/14/95 Working Agreement |
| | 1-51 | 1/14/08 | X | X | 2/9/98 letter from IRS re refund owed 1996 |
| | 1-52 | 1/14/08 | X | X | 12/21/98 letter from IRS re refund owed |
| | 1-53 | 1/14/08 | X | X | 1/28/98 Form 1099-R |
| | 1-54 | 1/14/08 | X | X | 4/97 Tidewater Memo |
| | 1-55 | 1/14/08 | X | X | 1/14/98 letter from Birkholz |
| | 1-56 | 1/14/08 | X | X | 1999 Tax Return |
| | 1-57 | 1/14/08 | X | X | 11/5/99 letter from Tidewater |
| | 1-58 | 1/14/08 | X | X | 10/10/00 Amended 1999 Tax Return |
| | 1-59 | 1/14/08 | X | X | 2000 tax organizer |
| | 1-60 | 1/14/08 | X | X | 6/25/01 letter from IRS to Weylands |
| | 1-61 | 1/14/08 | X | X | 12/28/00 letter from PB to Weylands |
| | 1-62 | 1/14/08 | X | X | 5/3/05 letter from J. Weyland to Birkholz |
| | 1-63 | 1/14/08 | X | X | 2002 tax payers statement |
| | 1-64 | 1/14/08 | X | X | 1/3/03 letter from PB to Weyland |

AO 187A (Rev. 7/87)                **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | WEYLAND | vs. | | BIRKHOLZ | CASE NO. 5:05-CV-375-JBC |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 1-65 | 1/14/08 | X | X | Undated letter from Birkholz re tax organizer for 2003 |
| | 1-66 | 1/14/08 | X | X | 5/30/05 letter from Weyland to KY Revenue |
| | 1-67 | 1/14/08 | X | X | 5/30/05t letter from Weyland to IRS |
| | 1-68 | 1/14/08 | X | X | 01/04 letter from PB to Weyland re request for 2003 tax documents |
| | 1-69 | 1/14/08 | X | X | 9/9/04 letter from Weylands to Birkholz re extension |
| | 1-70 | 1/14/08 | X | X | 2003 tax return |
| | 1-71 | 1/14/08 | X | X | 5/30/05 letter from Weyland to IRS |
| | 1-72 | 1/14/08 | X | X | 8/3/05 letter from IRS |
| | 1-73 | 1/14/08 | X | X | 2003 Tax Organizer (not found w/ original exhibits provided to the Court - location unknown) |
| | 2-1 | 1/14/08 | X | X | 6/21/06 letter from Taylor to Johnson |
| | 2-2 | 1/14/08 | X | X | 6/21/06 Tidewater Corporate Structure letter |
| | 2-3 | 1/14/08 | X | X | 8/15/92-6/15/06 Master Seatime Report |
| | 2-4 | 1/14/08 | X | X | CV |
| | 2-5 | 1/14/08 | X | X | 5/26/93 airline receipt |
| | 2-6 | 1/14/08 | X | X | 5/26/93 Working Agreement |
| | 2-7 | 1/14/08 | X | X | 12/16/92 airline receipt |
| | 2-8 | 1/14/08 | X | X | 12/14/77 Zapata pre-employment physical exam |
| | 2-9 | 1/14/08 | X | X | 4/16/85 group insurance enrollment form |
| | 2-10 | 1/14/08 | X | X | 4/20/94 letter to Angola Embassy |
| | 2-11 | 1/14/08 | X | X | 5/18/94 letter to Lewis from Weyland |
| | 2-12 | 1/14/08 | X | X | 5/18/94 Letter to Nigerian Embassy |
| | 2-13 | 1/14/08 | X | X | 5/18/94 letter to Weyland from Lewis |
| | 2-14 | 1/14/08 | X | X | 4/12/94 letter to Ackley from Mays |
| | 2-15 | 1/14/08 | X | X | 4/12/94 letter from Lewis re Visa application |
| | 2-16 | 1/14/08 | X | X | 4/20/94 letter from Mays re Visa application |
| | 2-17 | 1/14/08 | X | X | 5/18/94 letter from Mays re Visa application |
| | 2-18 | 1/14/08 | X | X | 6/02/94 Working Agreement |

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| WEYLAND | | vs. | | | BIRKHOLZ | CASE NO. 5:05-CV-375-JBC |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 2-19 | 1/14/08 | X | X | 6/3/94 airline receipt |
| | 2-20 | 1/14/08 | X | X | 7/1/94 memo re bonus entitlement |
| | 2-21 | 1/14/08 | X | X | 12/12/94 fax re contact info |
| | 2-22 | 1/14/08 | X | X | 7/1/94 letter to Lewis from Weyland |
| | 2-23 | 1/14/08 | X | X | 11/7/95 fax from Mays re Weyland return confirmation |
| | 2-24 | 1/14/08 | X | X | 11/16/95 Working Agreement |
| | 2-25 | 1/14/08 | X | X | 11/15/95 Flight e-ticket |
| | 2-26 | 1/14/08 | X | X | 10/1/995 action form pay rate increase |
| | 2-27 | 1/14/08 | X | X | 10/29/96 letter to Tidewater |
| | 2-28 | 1/14/08 | X | X | 4/8/99 loan verification of employment |
| | 2-29 | 1/14/08 | X | X | 10/7/99 letter from Weyland to Buffy |
| | 2-30 | 1/14/08 | X | X | 11/5/99 Tidewater correspondence |
| | 2-31 | 1/14/08 | X | X | 4/21/999 training receipt |
| | 2-32 | 1/14/08 | X | X | 4/16/99 flight e-ticket |
| | 2-33 | 1/14/08 | X | X | 6/9/00 correspondence re file update |
| | 2-34 | 1/14/08 | X | X | 2/2/00 correspondence re file update |
| | 2-35 | 1/14/08 | X | X | 7/27/01 training receipt |
| | 2-36 | 1/14/008 | X | X | 2001 training receipts |
| | 2-37 | 1/14/08 | X | X | 11/26/02 emergency contact |
| | 2-38 | 1/14/08 | X | X | 2/5/03 Working Agreement |
| | 2-39 | 1/14/08 | X | X | 6/1/04 Working Agreement |
| | 2-40 | 1/14/08 | X | X | 12/16/03 Working Agreement |
| | 2-41 | 1/14/08 | X | X | 7/23/05 Working Agreement |
| | 3-1 | 1/14/08 | X | X | 12/30/88 letter from Birkholz to Weylands with 1988 income tax organizer |
| | 3-2 | 1/14/08 | X | X | 2/2/89 letter from Birkholz re tax preparation |
| | 3-3 | 1/14/08 | X | X | 2/2/89 draft tax return |
| | 3-4 | 1/14/08 | X | X | undated internal Birkholz note |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | WEYLAND | | vs. | BIRKHOLZ | CASE NO. 5:05-CV-375-JBC |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 3-5 | 1/14/08 | X | X | Undated letter from Weylands to Birkholz |
| | 3-6 | 1/14/08 | X | X | 4/1/89 letter from Birkholz to Weylands re completion of 1988 returns |
| | 3-7 | 1/14/08 | X | X | 4/1/89 tax return |
| | 3-8 | 1/14/08 | X | X | 6/26/89 letter from IRS to Weylands re correction notice |
| | 4-1 | 1/14/08 | X | X | 5/8/90 letter from Weyland to Birkholz re return from Nigeria |
| | 4-2 | 1/14/08 | X | X | 10/9/90 letter from Birkholz to Weylands re 1989 tax returns |
| | 4-3 | 1/14/08 | X | X | 10/9/90 federal tax returns |
| | 4-4 | 1/14/08 | X | X | 8/14/90 application for extension |
| | 4-5 | 1/14/08 | X | X | 4/90 application for extension |
| | 4-6 | 1/14/08 | X | X | hand-prepared copy of 1989 form 2555 |
| | 5-1 | 1/14/08 | X | X | 6/21/91 letter from Birkholz to Weylands re 1990 return |
| | 5-2 | 1/14/08 | X | X | 3/30/92 letter from IRS to Weylands re 1040 refund |
| | 5-3 | 1/14/08 | X | X | 4/29/02 letter from Weyland to Birkholz |
| | 5-4 | 1/14/08 | X | X | Hand completed foreign earned income statement for 1990 |
| | 5-5 | 1/14/08 | X | X | Foreign tax credit 1990 |
| | 5-6 | 1/14/08 | X | X | 5/4/92 letter from Birkholz to Weylands re correct amount of 1990 return |
| | 5-7 | 1/14/08 | X | X | 1990 tax return |
| | 5-8 | 1/14/08 | X | X | 8/8/91 application for extension |
| | 5-9 | 1/14/08 | X | X | 4/15/91 application for extension |
| | 5-10 | 1/14/08 | X | X | Undated letter from Weyland to IRS re delay in filing taxes |
| | 5-11 | 1/14/08 | X | X | 2/14/91 letter from IRS to Weylands re tax still owed |
| | 5-12 | 1/14/08 | X | X | Tax Questionnaire |
| | 5-13 | 1/14/08 | X | X | 1990 Income tax organizer |
| | 6-1 | 1/14/08 | X | X | 2/8/92 letter from Weyland to Birkholz re 1991 returns |
| | 6-2 | 1/14/08 | X | X | Draft tax returns |
| | 6-3 | 1/14/08 | X | X | Foreign earned income, hand completed |
| | 6-4 | 1/14/08 | X | X | 2/24/93 letter from Weyland to Birkholz re letters from IRS |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | WEYLAND | vs. | | BIRKHOLZ | CASE NO. 5:05-CV-375-JBC |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 6-5 | 1/14/08 | X | X | 3/28/92 letter from Birkholz to Weylands enclosing tax info for 1991 |
| | 7-1 | 1/14/08 | X | X | 3/3/93 letter from Birkholz to Weyland |
| | 7-2 | 1/14/08 | X | X | Draft of foreign earned income |
| | 7-3 | 1/14/08 | X | X | Client intake sheet |
| | 7-4 | 1/14/08 | X | X | 10/8/93 letter from Weyland to Birkholz re corrected returns |
| | 7-5 | 1/14/08 | | X | Exhibit not found with original exhibits provided to the Court - location unknown |
| | 7-6 | 1/14/08 | X | X | 5/25/93 letter from Weyland to Birkholz enclosing tax info for 1992 |
| | 7-7 | 1/14/08 | X | X | 1/26/94 letter from Birkholz to Weyland re tax returns for 1992 and billing info |
| | 7-8 | 1/14/08 | X | X | 1/26/94 1992 joint federal income tax return |
| | 7-9 | 1/14/08 | X | X | 12/4/93 letter from Weyland to Birkholz re requested tax info for 1992 returns |
| | 7-10 | 1/14/08 | X | X | 11/3/93 letter from Birkholz to Weyland requesting more info on 1992 taxes |
| | 7-11 | 1/14/08 | X | X | 1992 tax payments worksheet and joint 1040 |
| | 8-1 | 1/14/08 | X | X | Tax client questionnaire and 1993 client tax organizer |
| | 8-2 | 1/14/08 | X | X | 7/31/94 letter from Weyland to Birkholz re IRS brochure |
| | 8-3 | 1/14/08 | X | X | 8/15/94 letter from Birkholz to Weyland with letter to send to IRS |
| | 8-4 | 1/14/08 | X | X | 3/25/94 letter from Birkholz to Weyland re tax due dates |
| | 8-5 | 1/14/08 | X | X | 1993 application for automatic extension |
| | 8-6 | 1/14/08 | X | X | 4/23/97 letter from Weyland to Birkholz re letters from IRS |
| | 8-7 | 1/14/08 | X | X | 6/19/96 joint federal tax return |
| | 8-8 | 1/14/08 | X | X | 5/14/96 letter from Birkholz to Weyland re 93 and 94 returns |
| | 8-9 | 1/14/08 | X | X | 10/25/95 letter from Birkholz to Weylands re 92-94 returns |
| | 9-1 | 1/14/08 | X | X | 6/28/96 letter from Birkholz to Weylands re 94 tax return |
| | 9-2 | 1/14/08 | X | X | 8/15/95 application for extension |
| | 9-3 | 1/14/08 | X | X | 1994 Birkholz tax organizer |
| | 10-1 | 1/14/08 | X | X | Undated letter from Weyland to Birkholz re outstanding tax liability |
| | 10-2 | 1/14/08 | X | X | 6/10/97 letter from Birkholz to Weyland re taxes owed for 1993 |
| | 10-3 | 1/14/08 | X | X | 8/22/97 letter from Weyland to Birkholz re tax issues |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | WEYLAND | | vs. | BIRKHOLZ | CASE NO. 5:05-CV-375-JBC |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | 10-4 | 1/14/08 | X | X | 8/19/97 letter from WEYLAND to Birkholz re tax issues |
| | 10-5 | 1/14/08 | X | X | 8/19/97 fax from Birkholz to J. Fuller with Power of Attorney |
| | 10-6 | 1/14/08 | X | X | 7/9/97 letter from Weylands to IRS |
| | 10-7 | 1/14/08 | X | X | 8/11/97 fax from Weyland to Birkholz re IRS notice |
| | 10-8 | 1/14/08 | X | X | 6/25/97 letter from Weyland to Birkholz re overpayment/underpayment |
| | 10-9 | 1/14/08 | X | X | 7/9/97 letter from Weyland re documents sent previous day |
| | 10-10 | 1/14/08 | X | X | 7/8/97 letter from Weyland re notice of failure to receive return for 1995 |
| | 10-11 | 1/14/08 | X | X | 7/7/97 letter from IRS re overdue 1995 tax return |
| | 10-12 | 1/14/08 | X | X | 6/24/97 letter from Weyland re request for telephone call re IRS communication |
| | 10-13 | 1/14/08 | X | X | 6/23/97 letter from Weyland enclosing communications from IRS |
| | 10-14 | 1/14/08 | X | X | 6/10/97 letter from Weyland re application of overpayment |
| | 10-15 | 1/14/08 | X | X | 6/9/97 letter from Weyland re faxing duplicate of IRS communications |
| | 10-16 | 1/14/08 | X | X | 6/7/97 letter from Weyland requesting advice re IRS correspondence |
| | 10-17 | 1/14/08 | X | X | 3/3/97 request for 1995 tax return |
| | 10-18 | 1/14/08 | X | X | Telephone call message from J. Weyland |
| | 11-1 | 1/14/08 | X | X | 2/9/98 letter from IRS re change to 1996 tax return |
| | 11-2 | 1/14/08 | X | X | 11/14/o97 SSA Personal Earnings and Benefits Statement |
| | 11-3 | 1/14/08 | X | X | Undated letter from J. Weyland re enclosing IRS letter |
| | 11-4 | 1/14/08 | X | X | 10/14/97 letter from Birkholz enclosing 1996 return |
| | 11-5 | 1/14/08 | X | X | Undated letter from J. Weyland re IRS is wrong |
| | 11-6 | 1/14/08 | X | X | Mutual Fund Statement - IRS |
| | 11-7 | 1/14/08 | X | X | 3/3/97 letter from IRS re request for 1995 tax return |
| | 11-8 | 1/14/08 | X | X | 12/9/97 letter from J. Weyland requesting explanation of amount owed to IRS |
| | 11-9 | 1/14/08 | X | X | 1996 summary of incomes |
| | 11-10 | 1/14/08 | X | X | 1995 summary of incomes |
| | 12-1 | 1/14/08 | X | X | 12/18/97 letter from Weyland re copies of statement |
| | 12-2 | 1/14/08 | X | X | 1/28/98 1099 from Whitax Tidewater |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | WAYLAND | | vs. | | BIRKHOLZ | CASE NO. 5:05-CV-375-JBC |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
|---|---|---|---|---|---|---|
| | 12-3 | 1/14/08 | X | X | Undated letter from Wayland re mortgage interest | |
| | 12-4 | 1/14/08 | X | X | 10/27/98 letter from Wayland re whether last year's returns are ready | |
| | 13-1 | 1/14/08 | X | X | 5/6/98 letter from Wayland re enclosing late check | |
| | 13-2 | 1/14/08 | X | X | 10/10/00 letter from Birkholz enclosing 1998 return | |
| | 14-1 | 1/14/08 | X | X | 10/10/00 1999 tax return | |
| | 14-2 | 1/14/08 | X | X | 10/10/00 letter from Birkholz enclosing 1999 return | |
| | 14-3 | 1/14/08 | X | X | Amended 1999 return | |
| | 14-5 | 1/14/08 | X | X | 4/12/00 letter from Wayland re appt sometime this year | |
| | 14-6 | 1/14/08 | X | X | Automatic extension request | |
| | 15-1 | 1/14/08 | X | X | 4/2/01 letter from Birkholz enclosing 2000 return | |
| | 15-2 | 1/14/08 | X | X | 1040 control for 2000 handwritten notes | |
| | 15-3 | 1/14/08 | X | X | 4/24/01 letter from Birkholz to Ky re net operating loss | |
| | 15-4 | 1/14/08 | X | X | 4/11/01 letter from Wayland re IRA, quarterly payment | |
| | 15-5 | 1/14/08 | X | X | Undated spreadsheet re income amount | |
| | 15-6 | 1/14/08 | X | X | 5/24/01 letter from Birkholz re issue of foreign residence | |
| | 15-7 | 1/14/08 | X | X | 2000 return "reviewed" | |
| | 15-8 | 1/14/08 | X | X | 9/21/01 letter from Birkholz to IRS re correcting application of payment to 2001 | |
| | 15-9 | 1/14/08 | X | X | 6/14/01 letter from IRS re application of payment | |
| | 15-10 | 1/14/08 | X | X | 4/2/01 2000 tax return | |
| | 16-1 | 1/14/08 | X | X | 3/18/02 2001 organizer | |
| | 16-2 | 1/14/08 | X | X | Spreadsheet re Wayland income | |
| | 16-3 | 1/14/08 | X | X | 8/21/02 letter from Birkholz encl 2001 return | |
| | 16-4 | 1/14/08 | X | X | 2001 application for extension | |
| | 17-1 | 1/14/08 | X | X | Application for extension | |
| | 17-2 | 1/14/08 | X | X | Reviewed 2002 return | |
| | 17-3 | 1/14/08 | X | X | Control form | |
| | 18-1 | 1/14/08 | X | X | 9/7/04 letter from Birkholz | |

Page 10 of 11 Pages

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| WEYLAND | | vs. | | BIRKHOLZ | CASE NO. 5:05-CV-375-JBC |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 18-2 | 1/14/08 | X | X | Email correspondence between Birkholz and Smith 9/7/04-9/14/04 |
| | 18-3 | 1/14/08 | X | X | Email from Birkholz to Smith re IRS deadline |
| | 18-4 | 1/14/08 | X | X | Email correspondence between Birkholz and Smith 9/7-9/10/04 |
| | 18-5 | 1/14/08 | X | X | Email between Birkholz and Smith 9/7-9/9/04 |
| | 18-6 | 1/14/08 | X | X | 8/4/04 email correspondence between Birkholz and Smith |
| | 18-7 | 1/14/08 | X | X | 8/5/04 letter from Birkholz to IRS |
| | 18-8 | 1/14/08 | X | X | 8/4/04 letter from Smith re why Weyland exempt |
| | 18-9 | 1/14/08 | X | X | 8/4/04 handwritten notes re Jeff Smith |
| | 18-10 | 1/14/08 | X | X | 8/4/04 letter from Birkholz to Smith |
| | 18-11 | 1/14/08 | X | X | E-mail correspondence between Birkholz and Smith 9/7/04-9/14/04 |
| 40 | | 1/14/08 | X | X | Richard J. Weyland - Seatime Report |
| 41 | | 1/14/08 | X | X | Exhibit B to Memorandum Zapata Gulf Sea Service Record (R. 29-4 filed 1/15/07) |
| 42 | | 1/14/08 | X | X | 5/4/92 letter from Birkholz to Jennifer Weyland |
| 43 | | 1/14/08 | X | X | 9/7/04 letter from Birkholz to Richard and Jennifer Weyland |
| W 1 | | 1/14/08 | | | Witness: Richard Weyland |
| W 1 | | 1/15/08 | | | Witness: Richard Weyland resumed |
| W 2 | | 1/15/08 | | | Witness: Jennifer Weyland |
| | | | | | |
| | | | | | * This witness and exhibit list was completed on May 6, 2009, by Mitchell Zegafuse, |
| | | | | |    Courtroom Deputy for Judge Coffman.  Mitchell Zegafuse was not present as |
| | | | | |    Courtroom Deputy for any portion of this trial. |